Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON   #2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii 96813
Telephone Number: 523-7041
Facsimile Number: 538-7579
E-Mail: wharrison@hamlaw.net

Attorney for Defendant
CHARLES ERIC BROUGHTON

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 19 2013

at ___ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAI'I,<br><br>   Plaintiff,<br><br>vs.<br><br>CHARLES ERIC BROUGHTON,<br>Also known as Eric Broughton,<br><br>   Defendant. | CR. NO. CR13 00415 HG<br><br>**NOTICE OF REMOVAL OF STATE PROSECUTION; DECLARATION OF COUNSEL; ATTACHMENTS "1" AND "2;" MEMORANDUM IN SUPPORT OF REMOVAL; CERTIFICATE OF SERVICE**<br><br>REMOVAL OF CR. NO.: 13-1-0387; CIRCUIT COURT OF THE FIRST CIRCUIT, STATE OF HAWAI'I |

## NOTICE OF REMOVAL OF STATE PROSECUTION

Pursuant to 28 U.S.C. § 1442(a)(1), Charles Eric Broughton, a Federal Law Enforcement Officer with the Department of Homeland Security, currently serving as the Federal Protective Service (FPS) Area Commander in the Pacific Islands Area,

Region 9, hereby removes the above-captioned criminal action commenced in the Circuit Court of the First Circuit, State of Hawaii (Criminal No.: 13-1-0387).

The removing party, Area Commander Charles Eric Broughton, was first arraigned in the Circuit Court of the First Circuit, State of Hawai'i on March 28, 2013. The Circuit Court set a pretrial/status conference for April 26, 2013. Trial in this matter is presently scheduled for May 28, 2013. See, a copy of the court minutes attached hereto as Attachment "1."

A copy of the Indictment, which the Prosecutor's Office served on Area Commander Charles Eric Broughton on March 28, 2013, is attached hereto as Attachment "2." A Memorandum in Support of this Notice of Removal, setting forth in detail the grounds warranting removal, and the Declaration of William A. Harrison are submitted herewith and incorporated herein by reference.

DATED: Honolulu, Hawaii, April 16, 2013.

Law Offices Of:
HARRISON & MATSUOKA

/s/ William A. Harrison
WILLIAM A. HARRISON
Attorney for Defendant
CHARLES ERIC BROUGHTON

2

**State of Hawaii v. CHARLES ERIC BROUGHTON**; Cr. No. _____; First Circuit Court Cr. No.: 13-1-00387; **Notice of Removal of State Prosecution**