# ATTACHMENT "1"



Print | Help | New Search | Exit

Court Minutes List

1PC13-1-000387
Party Sequence: 1

Party Name: BROUGHTON, CHARLES ERIC

| App. Type | Loc. | Calendar Type | Date | Phase | App. Desc. | App. Disp. |
|---|---|---|---|---|---|---|
| AAP | 1C08 | AP | 03-28-2013 | | ARRAIGNMENT AND PLEA | NGP |
| ACC | 1C11 | AC | 03-28-2013 | | ASSIGNED CRIMINAL CALENDA | |
| STC | 1C11 | CR | 04-26-2013 | | PRETRIAL & TRIAL STATUS C | |
| JRT | 1C11 | WK | 05-28-2013 | | JURY TRIAL | |

Next>

Next Party    Case Info.