ATTACHMENT "2"

DEPARTMENT OF THE PROSECUTING ATTORNEY
City and County of Honolulu
1060 Richards Street
Honolulu, Hawaii 96813
Ph: 768-7400
FAX: 768-6483

**Indictment Presented and Filed**

Date: March 19, 2013      Time: 11:09 A.M.

_A. Hoffman_ Clerk
**FIRST CIRCUIT COURT, STATE OF HAWAII**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| STATE OF HAWAII | CR. NO. 13-1-0387 |
| v. | |
| CHARLES ERIC BROUGHTON, also known as Eric Broughton, | TERRORISTIC THREATENING IN THE FIRST DEGREE (§ 707-716(1)(e), H.R.S.) |
| Defendant. | INDICTMENT |

## INDICTMENT

The Grand Jury charges:

On or about the 20th day of December, 2012, in the City and County of Honolulu, State of Hawaii, CHARLES ERIC BROUGHTON, also known as Eric Broughton, threatened Mario Ybarra, by word or conduct, to cause bodily injury to Mario Ybarra, with the use of a dangerous instrument, to wit, an instrument that falls within the scope of Section 706-660.1 of the Hawaii Revised Statues, with the intent to terrorize, or in reckless disregard of the risk of terrorizing Mario Ybarra, thereby committing the offense of Terroristic Threatening in the First Degree, in violation of Section 707-716(1)(e) of the Hawaii Revised Statutes.

A True Bill found this day: March 19, 2013

_____
Deputy Prosecuting Attorney
City and County of Honolulu

_____
Foreperson of the Grand Jury