## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served upon the following parties listed below via hand-delivery at their last-known addresses on the date of filing.

    KEITH KANESHIRO, ESQ.
    Prosecuting Attorney
    DEPARTMENT OF THE PROSECUTING ATTORNEY
    City and County of Honolulu
    State of Hawaii
    9th & 10th Floors
    Alii Place
    1060 Richards Street
    Honolulu, Hawaii  96813

Dated: Honolulu, Hawaii, April 16, 2013.

Law Offices Of:
HARRISON & MATSUOKA

By WILLIAM A. HARRISON
Attorney for Defendant
CHARLES ERIC BROUGHTON