# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 13-00415HG |
| CASE NAME: | State of Hawaii v. Charles Eric Broughton, aka Eric Broughton |
| ATTYS FOR PLA: | E. Kau'i Yamane |
| ATTYS FOR DEFT: | William Harrison |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 4/26/2013 | TIME: | 10:40-10:48am |

COURT ACTION:  EP: Status Conference - defendant's presence waived.

Trial date given:
Jury Selection/Trial: 6/25/13, 9:00am, Judge Gillmor
Final Pretrial Conference: 5/28/13, 1:30pm, Judge Kurren
Final Pretrial Conference: 6/14/13, 8:30am, Judge Gillmor
Motions due: 5/14/13
Response due: 5/28/13

Ms. Yamane informed the Court that the State of Hawaii will challenge the removal to Federal Court.  The Court will set a deadline of 5/10/13 for the State to file an appropriate motion.

Further Status Conference to address filing of the motion and scheduling further proceedings (formal A & P and release status) set 5/20/13 at 2:00pm before Judge Kurren.  Mr. Harrison will contact Pretrial Services to arrange for an interview.

Submitted by: Shari Afuso, Courtroom Manager