# TABLE OF CONTENTS

*Page*

STATE OF HAWAIʻI'S MEMORANDUM IN OPPOSITION TO
DEFENDANT'S NOTICE OF REMOVAL OF STATE PROSECUTION

I.   RELEVANT PROCEDURAL BACKGROUND .........................................1

II.  FACTUAL BACKGROUND........................................................................2

III. ARGUMENT.................................................................................................5

  A.  The Instant Case Falls Outside 28 U.S.C. § 1442(a)(1)
      Because Defendant Fails To Raise A Colorable Federal
      Defense ................................................................................................5

  B.  The Instant Case Falls Outside 28 U.S.C. § 1442 (a)(1)
      Because Defendant Was Not Acting Under Color Of His
      Office As A FPS Officer ....................................................................11

EXHIBITS A and B

CERTIFICATE OF SERVICE

i

# **TABLE OF AUTHORITIES**

*Page*

*CASES*

*Arizona v. Manypenny*
    451 U.S. 232 (1981)..................................................................................7
*Blow v. Liberty Travel, Inc.*
    550 F.Supp. 375 (E.D. Pa. 1982)..............................................................5
*Colorado v. Symes*
    286 U.S. 510 (1932)..................................................................................6
*Com. of Virginia v. Harvey*
    571 F.Supp. 464 (E.D. Va. 1983) ...........................................................15
*Galbert v. Shively*
    186 F.Supp. 150 (W.D. Ark. 1960) ........................................................15
*Maryland v. Soper*
    270 U.S. 9, 70 L.Ed. 449 (1926)............................................................12
*Mesa v. California*
    489 U.S. 121 (1989).............................................................. 5 – 9, 14 - 15
*Morgan v. California*
    743 F.2d 728 (9th Cir. 1984) ....................................................................9
*North Carolina v. Ivory*
    906 F.2d 999 (4th Cir. 1990) .......................................................9 – 10, 16
*Oklahoma v. Willingham*
    143 F. Supp 445 (E.D.C. Okla. 1956) ....................................................15
*United States v. Baldwin*
    2013 WL 1751888 (D. Colo. 2013)...................................................14, 17
*United States v. Evans*
    581 F.3d 333 (6th Cir. 2009) ..................................................... 13 – 14, 17 - 18
*United States v. Farkash*
    952 F. Supp. 696 (D. Colo. 1996) ................................................. 14, 17 - 18
*United States v. House*
    684 F.3d 1173 (11th Cir. 2012) .......................................................15 – 16, 18
*United States v. Todd*
    245 F.3d 691 (8th Cir. 2001) ................................................................ 7 - 8
*Willingham v. Morgan*
    395 U.S. 402 (1969)..................................................................5 – 6, 12

*STATUTES*

**Hawai`i Revised Statutes**
    § 707-716(1)(e) ...................................................................................................2
**18 U.S.C.**
    § 111 ...................................................................................................................18
    § 111(a) ...............................................................................................................14
    § 111(b) ...............................................................................................................17
**28 U.S.C.**
    § 1442(a)(1) .........................................................................................1 – 2, 5, 8, 11
    § 1442(a)(3) .........................................................................................................11
**40 U.S.C.**
    § 1315 ............................................................................................ 12 – 13, 17 - 18
    § 1315(b)(1) ........................................................................................................13
    § 1315(b)(2)(e) ....................................................................................................13
**41 U.S.C.**
    § 1315(b)(2)(c) ....................................................................................................17