IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STATE OF HAWAIʻI,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CHARLES ERIC BROUGHTON,<br>Also known as Eric Broughton,<br><br>　　　　　　Defendent. | )　CR. 13-00415 HG<br>)　(Circuit Court No. 13-1-0387)<br>)<br>)　CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2013, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically by CM/ECF:

William A. Harrison @ wharrison@hamlaw.net
　　　Attorney for Defendant Charles Eric Broughton

　　　　　　　　　　　　　　　　By /s/ JANICE T. FUTA
　　　　　　　　　　　　　　　　　　JANICE T. FUTA
　　　　　　　　　　　　　　　　　　ELENA KAUʻI YAMANE
　　　　　　　　　　　　　　　　　　Deputy Prosecuting Attorneys
　　　　　　　　　　　　　　　　　　City and County of Honolulu