KEITH M. KANESHIRO  (2027)
Prosecuting Attorney
JANICE T. FUTA  (1765)
Chief, Felony Trials Division
Department of the Prosecuting Attorney
1060 Richards Street
9th & 10th Floors
Honolulu, Hawaiʻi  96813
Telephone:  768-6458
Facsimile:  (808) 768-6436
Email:  jfuta@honolulu.gov

Attorneys for State of Hawaiʻi

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STATE OF HAWAIʻI,<br><br>        Plaintiff,<br><br>   vs.<br><br>CHARLES ERIC BROUGHTON,<br>Also known as Eric Broughton,<br><br>        Defendant. | CR. 13-00415 HG<br>  (Circuit Court No. 13-1-0387)<br><br>NOTICE OF APPEARANCE |

## NOTICE OF APPEARANCE

Pursuant to **LR83.6** of the **Local Rules of Practice for the United States**

**District Court for the District of Hawaiʻi**, notice is hereby given that Plaintiff

STATE OF HAWAIʻI, is now represented by and through JANICE T. FUTA,

Deputy Prosecuting Attorney, City and County of Honolulu, State of Hawai'i, in the instant case.

Dated at Honolulu, Hawai'i:  May 14, 2013.

STATE OF HAWAI'I

By KEITH M. KANESHIRO
   Prosecuting Attorney


By  /s/
       JANICE T. FUTA
       Deputy Prosecuting Attorney
       City and County of Honolulu

State of Hawai'i v. Charles Eric Broughton; CR. 13-00415 HG; Notice of Appearance

2