# MINUTES

CASE NUMBER:     CR 13-00415HG

CASE NAME:       State of Hawaii v. Charles Eric Broughton, aka Eric Broughton

ATTYS FOR PLA:   E. Kau'i Yamane

ATTYS FOR DEFT:  William A. Harrison

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   FTR C7

DATE:    5/20/2013                TIME:       2:11 - 2:24

COURT ACTION:  EP: Further Status Conference to address filing of the motion and scheduling further proceedings (formal A & P and release status) held.  Defendant present, not in custody.

Charges received.  Defendant waives public reading of the Indictment.  Plea of Not Guilty entered.

Hearing re Notice of Removal of State Prosecution set for 6/12/2013 @ 2:00 p.m. before Judge Helen Gillmor.  Defendant's reply memorandum is due 6/6/2013.  Request to waive Defendant's presence at the hearing set for 6/12/2013 is GRANTED.

Final Pretrial Conference set for 5/28/2013 @ 1:30 p.m. before Judge Barry M. Kurren is continued to 6/17/2013 @ 2:00 p.m. before Judge Richard L. Puglisi.

Defendant's oral motion to possess any firearms while employed as a federal law enforcement officer is DENIED.

Court GRANTS Defendant's oral motion to have his personal firearms which consist of four handguns, a rifle and shotgun returned to Defendant's father, Charles Broughton. United States Marshal Gary Yandell is authorized to retrieve Defendant's personal firearms from Honolulu Police Department and have them returned to Defendant's father, Charles Broughton.

Case 1:13-cr-00415-HG   Document 6   Filed 05/20/13   Page 2 of 2   PageID.86

Bail -

Pretrial Services respectfully recommends the defendant be released on Personal Recognizance.

In addition to the Special Conditions of Release as specified above, you are subject to the following conditions:

♦ You shall not commit any offense in violation of federal state, or local law while on release in this case.

♦ You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

♦ You must cooperate in the collection of DNA sample if it is authorized by 42 U.S.C. § 14135a.

cc: Leslie Sai

Submitted by: Tammy Kimura, Courtroom Manager