# MINUTE ORDER

```
CASE NUMBER:      CR NO. 13-00415 HG

CASE NAME:        State of Hawaii v. Charles Eric Broughton,
                  aka Eric Broughton

ATTYS FOR         Elena Kaui Yamane, Esquire
PLAINTIFF:        Keith M. Kaneshiro, Esquire
                  Janice T. Futa, Esquire

ATTYS FOR         William A. Harrison, Esquire
DEFENDANT:
```

JUDGE:   Helen Gillmor

DATE:    May 30, 2013

On May 10, 2013, the State of Hawaii filed:

STATE OF HAWAII'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S NOTICE OF REMOVAL OF STATE PROSECUTION (ECF No. 4)

The Court construes the State of Hawaii's May 10, 2013 filing as a Motion for Remand.  As stated in the Court's Minute Order of May 20, 2013, the Defendant may file a reply memorandum to the Motion for Remand by June 6, 2013.  The State of Hawaii may file an optional reply memorandum by June 13, 2013.

The hearing set for June 12, 2013 is **VACATED**.  An evidentiary hearing and hearing on the State of Hawaii's Motion for Remand is set for June 19, 2013 at 1:30 pm.  Any witness list is due by June 14, 2013.

The Trial date of June 25, 2013 will be discussed at the hearing on June 19, 2013.

Submitted by Leslie Sai, Courtroom Manager