Office of the Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 Ala Moana Blvd., Rm. C-338
Honolulu, Hawaii 96850
Ph. 541-1300

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TO:** Counsel

**FROM:** Leslie Sai, Courtroom Manager

**DATE:** 06/06/2013

**RE:** Realtime Court Reporting Services
Cr No. 13-00415HG State of Hawaii V. Charles Eric Broughton

The Judges of the United States District Court have requested that real-time reporting services be provided to them during evidentiary hearings involving the taking of testimony from a live witness.

In order to provide the Court with an accurate and more useful realtime record of proceedings, counsel is directed to submit the following information to the courtroom deputy no later than six (6) days before the hearing date:

1. Names of parties and attorneys to the action;
2. Witness list;
3. Exhibit list.
4. PLEASE NOTE: ANY WITNESS LIST IS DUE BY JUNE 14, 2013.

EVIDENTIARY COURT HEARING as to State of Hawaii's Motion for Remand is set for June 19, 2013 at 1:30 p.m. in Courtroom No. 5 on the Second Floor of the PJKK Courthouse Building before the Honorable Helen Gillmor.

The information will be shared with the court reporter to enable them to program computers with steno outlines unique to your personal case.

Thank you.

cc: Debra Chun, Court Reporter Supervisor
IT Director