**ATTACHMENT 1**

**Part 1        Firearms Carry**

A.   Statutory and Regulatory Authority

   The statutory and regulatory authority to carry a Federal Protective Service (FPS) issued firearm or approved personally owned handgun is derived from 40 U.S.C. § 1315.

B.   Authorized Officers

   To carry firearms, FPS officers must:

   1. Be involved in daily, routine or recurring law enforcement activities and operations in support of the FPS mission;

   2. Be issued a badge and credentials to bear firearms;

   3. Successfully complete mandatory basic law enforcement training. Acceptable training includes the FLETC Uniform Police Training Program (UPTP), the FLETC Criminal Investigators Training Program (CITP), and, pursuant to the FPS Basic Training Waiver Policy, a FLETC-approved program or substantially similar program as approved by the Director, FPS or the Director's designee.

   4. Maintain proficiency in the use of firearms they are permitted to carry and adhere to the provisions of the policy governing the use of force; and

   5. Meet all other requirements and standards set forth in the FPS Firearms directive and this manual.

   6. Exceptions to these criteria will require that a written justification be submitted to the Under Secretary, NPPD by the Director, FPS, (hereafter recognized as the Director). The justification must be forwarded through the Deputy Director of Training and Development (Firearms and Training Division) (hereafter recognized as the Division Director-Firearms and Training Division) for comment prior to submission to the Director.

C.   Carriage of Firearms

   Firearms shall be carried only by an FPS officer, who meets the requirements in Part 1.B.

   1. FPS officers, when carrying an FPS-issued firearm(s) or approved personally owned handgun(s), are <u>required</u> to carry their FPS badge and credentials authorizing them to bear firearms, except for officers involved in an undercover operation or other operational activities where the possession of a badge and credentials could compromise officer safety or the operation. Whenever practicable, armed non-uniformed personnel will carry their handgun concealed from view unless operationally necessary.

1

2. In the performance of their official duties, FPS officers who are carrying a firearm are <u>required</u> to carry only their FPS-issued firearm(s) or an approved personally owned handgun(s) loaded with FPS-issued ammunition, unless operational circumstances preclude use of these firearms, such as when engaged in certain undercover activities or when operating in a restricted area. The authorization request to carry an FPS approved personally owned handgun is included in Appendix 3, " of this Manual.

3. FPS officers may be required to carry shoulder-fired and other specialized weapons as determined necessary by the Director. Only the firearms listed in Appendix 1, "FPS Approved Firearms and Intermediate Force Devices," may be carried by FPS officers.

4. The Director is authorized to determine which FPS armed officers are authorized to carry an FPS-issued firearm(s) or approved personally owned handgun(s) during non-duty hours. A sample Acknowledgment memorandum to carry an FPS issued or approved personally owned handgun(s) during non-duty hours is included in Appendix 9, "Acknowledgement of Off Duty Firearms Authorization Carriage," of this Manual.

5. The authorization to carry FPS issued or approved personal handgun(s) while in a non-duty status does not confer any additional legal authority or rights upon the authorized FPS officer. Authorized FPS officers shall be cognizant that they may be less equipped to safely intervene in an emergency situation while off duty due to the lack of equipment or other support available and their actions may be outside the scope of employment. An FPS officer authorized off duty firearm carriage must always carefully consider his/her authority to act, legal jurisdiction, and internal FPS policy.

6. Responsible Officials which include the Director, Deputy Director, Division Director-Firearms and Training Division, Assistant Directors, Division Directors, and Regional Directors are authorized to approve home to work shoulder-fire weapon storage for operational purposes. A sample request for Shoulder Fired Weapon Residential Storage is included in Appendix 8, "Shoulder Fired Weapon Residential Storage Compliance Letter," of this Manual.

7. FPS Officers are not authorized to carry any personally owned shoulder-fired firearms or special weapons for official use.

8. The Responsible Official, with concurrence from the Division Director-Firearms and Training Division, may approve requests for a non-standard firearm during an approved undercover operation or operational activity. With this approval, a Senior Firearms Instructor (SFI) may issue for carry an FPS supplied non-standard firearm to an FPS officer designated for use during an undercover operation. A non-standard firearm is defined for purposes of this paragraph as one not specified in Appendix 1.

9. The Director or designee may issue a non-standard firearm to FPS officers in foreign countries as per the request of a Director of International Affairs/Foreign Operations, an Ambassador or other senior Foreign Service Officer of the U.S. State Department.

10. The Director authorizes officers to carry a secondary FPS-issued or approved personally owned handgun(s) listed in Appendix 1.

11. FPS officers shall carry their FPS-issued handgun(s) or approved personally owned handgun(s) fully loaded (hammer de-cocked, if applicable). Semiautomatic pistols will be carried with a round in the chamber, the magazine loaded to capacity. Revolvers will be carried with all cylinders loaded. FPS officers are required to use only FPS-issued ammunition in FPS issued or approved personally owned weapons whether on or off duty.

12. While on duty, handguns must be carried in a holster provided by FPS or in one that meets standards as prescribed by the Firearms and Training Division. Officers with FPS approved, personally owned handguns are responsible for providing their own holsters and related gear for the personally owned weapon for duty use.

13. For the purpose of this policy, the term "FPS issued" includes any government issued firearms, weapons, ammunition, ordnance, badges, credentials and other items or devices that are not the personal property of the officer.

14. FPS officers should properly secure their weapon(s) from unauthorized access during the processing of prisoners where close proximity exists such as fingerprinting. For enhanced officer safety, another armed officer should be present during prisoner processing when possible.

15. Only those firearms listed in Appendix 1 may be carried by FPS officers in the performance of official duties or off duty while utilizing agency authority to carry firearms.

16. Unless specifically prohibited by a facility organization (i.e. correctional facility, training academy, etc.) or while conducting an undercover operation where the carriage of a firearm could compromise officer safety or the operation; all FPS law enforcement personnel are required to be armed when;

    a. On duty.

    b. Wearing readily visible law enforcement markings.

    c. Operating law enforcement vehicles while engaged in the performance of official duties.

17. In an emergency, FPS officers are authorized to use whatever firearm or other weapon is available for self-defense or the defense of others.