**ATTACHMENT 3**



