**EXHIBIT B**

**From:** FPS Broadcast Messages
**Sent:** Friday, March 30, 2012 12:19 PM
**Subject:** FPS Broadcast Message - March 30, 2012



FEDERAL PROTECTIVE SERVICE
EMPLOYEE BROADCAST MESSAGE
MARCH 30, 2012

<u>FOR INTERNAL USE ONLY</u>

FPS broadcast messages are distributed each Tuesday and Thursday. The deadline for submitting items for FPS Broadcasts is 12:00 pm on Mondays and Wednesdays. Please send submissions to FPSCorrespondence@dhs.gov.

## A Message from Director L. Eric Patterson

### Subject: Interim Modification to FPS Field Radio Policy 15.5.1.1

The Field Radio Policy and Procedures, Directive #15.5.1.1 (*see attachment*), establishes Federal Protective Service (FPS) field radio policy and prescribes guidelines for uniform field radio operating procedures. Effective immediately, additional reporting requirements will be implemented in this policy to ensure officer safety and efficient operation of FPS. The modification requires all FPS law enforcement officers (LEOs), including headquarters personnel, Regional and Deputy Regional Directors and Criminal Investigators (not conducting covert operations), to contact their servicing MegaCenter when they are commuting to and from their duty location in a home to work (HTW) government vehicle.

FPS LEOs are provided Home To Work (HTW) authority based upon emergency response requirements and the needs of the government. Monitoring unit status and general location will enhance response capabilities and officer safety. Law enforcement officers who utilize HTW transportation are expected to answer their government issued cell phones, whether on duty or off duty, answer the radio whenever in their government vehicle and respond to incidents as necessary. The following procedures are effective immediately on an interim basis and will be submitted through the Policy Review Committee process for incorporation into the Field Radio Policy and Procedures Directive.

- **Status and Location Tracking**

    1. To ensure the most effective utilization of resources and response to incidents and to enhance officer safety, MegaCenters will track the status and location of all LEOs.

    2. LEOs will notify their servicing MegaCenter by radio or phone whenever a change in status or location occurs throughout their tour of duty.

**Exhibit B**

268

3. LEOs who are utilizing HTW transportation will check "on the air" and "off the air" with their location when beginning and ending any travel that does not fall within their official tour of duty.

4. MegaCenters may dispatch off duty personnel utilizing HTW transportation to incidents when they are the closest and when a delayed response by an on-duty unit is not appropriate. LEOs may respond to such dispatches unless otherwise directed by a supervisor and will be compensated for time worked from the time of dispatch until the LEO's participation in the incident is complete and the officer has returned to his/her previous location and/or status (*e.g.*, off duty, HTW travel, etc.)

LEOs with HTW authorizations are expected to respond to calls for service if they are needed. This is especially significant during transit to and from work. This will allow FPS to provide its stakeholders with optimum service and in some cases, quicker response times.

Please be sure to provide input during the Policy Review Committee process. If you have any questions or concerns about this interim modification, please contact the Uniformed Services Branch, Communications and Operations Division at 703-235-6100.

Thank you for your continued efforts to improve FPS operations.

###