# EXHIBIT C

OFFICE OF PRIMARY INTEREST: <u>Federal Protective Service</u>

| | |
|---|---|
| DIRECTIVE NO.: | 15.1.2.1 |
| ISSUE DATE: | 11-30-2011 |
| EFFECTIVE DATE: | 11-30-2011 |
| REVIEW DATE: | 11-30-2014 |
| SUPERSEDES: | See Section 3. |

DIRECTIVE TITLE: Law Enforcement Authority and Powers

1. **PURPOSE and SCOPE.** This directive sets forth the law enforcement authority and powers of FPS law enforcement personnel designated under 40 U.S.C. §1315, "Law Enforcement Authority of Secretary of Homeland Security for Protection of Public Property" and applies to all Federal law enforcement personnel.

2. **AUTHORITIES/REFERENCES.**

2.1  6 U.S.C. §203, "Functions transferred."

2.2  18 U.S.C. §7, "Special maritime and territorial jurisdiction of the United States defined."

2.3  18 U.S.C. §13, "Assimilated Crimes Act."

2.4  18 U.S.C. §111, "Assaulting, resisting, or impeding certain officers or employees."

2.5  40 U.S.C. §1315, "Law Enforcement Authority of Secretary of Homeland Security for Protection of Public Property."

2.6  42 U.S.C. §§5121-5207, "Robert T. Stafford Disaster Relief and Emergency Assistance Act."

2.7  42 U.S.C. §10501 *et seq.*, "Emergency Federal Law Enforcement Assistance Act."

2.8  Federal Law Enforcement Good Samaritan Act, Public Law 105-277.

2.9  Omnibus Consolidated and Emergency Supplemental Appropriations Act of 1998, Public Law 105-277.

2.10 41 C.F.R. Part 102, "Federal Management Regulation."

2.11 41 C.F.R. Part 102-74.15, "What are the facility management responsibilities of occupant agencies?"

2.12 41 C.F.R. Section 102-74 (Appendix to Part 102-74), "Facility Management."

2.13 "Attorney General Guidelines for the Exercise of Law Enforcement Authorities by Officers and Agents of the Department of Homeland Security Under 40 U.S.C. §1315."

Exhibit C

2.14 Government Accountability Office (GAO), "Principles of Federal Appropriations Law 4-20."

2.15 Department of Homeland Security (DHS), National Protection and Programs Directorate (NPPD), Delegation Number 17007.001, "Delegation to the Director for the Federal Protective Service," December 24, 2009.

2.16 2 U.S. Op. Legal Counsel 47, "Federal Bureau of Investigations-Statutory Jurisdiction-Authority of Agents Concerning Non-Federal Offenses."

3. **SUPERSEDED/CANCELLED POLICY/SUMMARY OF CHANGES.** This directive supersedes FPS Directive FPS-05-009, "Law Enforcement Authority and Powers," December 23, 2005. The present directive supersedes all previously issued or recognized policies and processes for the Law Enforcement Authority and Powers of FPS personnel designated law enforcement personnel under 40 U.S.C. §1315.

4. **BACKGROUND.** FPS is responsible for the protection of buildings, grounds, and property that are owned, occupied, or secured by the Federal Government (including any agency, instrumentality, or wholly owned or mixed-ownership corporation thereof) and the persons on the property. In accomplishing this mission, FPS is governed by both territorial jurisdiction associated with federal property in 40 U.S.C. §1315 (a)-(b) and subject-matter jurisdiction associated with its enumerated law enforcement powers found in 40 U.S.C. §1315(b)(2).

4.1 **Subject-Matter Jurisdiction.** While engaged in the performance of official duties, designated FPS law enforcement personnel may:

   a. Enforce federal laws and regulations for the protection of persons and property;

   b. Carry firearms;

   c. Make arrests without a warrant for any offense against the United States committed in the presence of law enforcement personnel, or for any felony cognizable under the laws of the United States if law enforcement personnel has reasonable grounds to believe that the person to be arrested has committed or is committing a felony;

   d. Serve warrants and subpoenas issued under the authority of the United States;

   e. Conduct investigations, on and off the property in question, of offenses that may have been committed against federal property or persons on the property; and

   f. Carry out other activities for the promotion of homeland security as the Secretary of DHS may prescribe.

4.2 FPS shall also have fiscal authority to expend funds in the performance of its law enforcement and security mission, which is normally governed by the general rule that

FPS fee-based funds can be expended only for the necessary expenses related to the protection of federally-owned and -leased buildings and for the operations of FPS.

5. **DEFINITIONS.**

5.1 **Assimilated Crimes Act (18 U.S.C. §13).** Authorizes the use of state law for acts or omissions occurring on federal property. Three criteria must be met before a state law can be assimilated: (1) the United States must have either exclusive or concurrent jurisdiction, (2) there must be no federal law covering the conduct, and (3) there must be an applicable state law resulting in a criminal violation (misdemeanor or felony).

5.2 **Concurrent Jurisdiction.** Jurisdiction in which both the federal and state governments have authority over a particular geographic area and may prosecute those who violate their respective laws.

5.3 **Exclusive Jurisdiction.** A geographic area in which only the Federal Government has jurisdiction. In areas of exclusive jurisdiction, only federal laws apply, but state and local officers have the authority to serve process, such as arrest warrants, resulting from criminal or civil actions that occur outside the area of exclusive jurisdiction.

5.4 **Federal Property.** Includes buildings, grounds, and property that are owned, occupied, or secured by the Federal Government (including any agency, instrumentality, or wholly owned or mixed-ownership corporation thereof) and the persons on the property.

5.5 **Federal Statutes of General Application.** Statutes enforceable throughout the United States or in any other place where the United States has jurisdiction.

5.6 **Proprietary Jurisdiction.** The Federal Government has no special criminal jurisdiction over a particular geographic area. State laws apply within the proprietary area in the same manner that state laws apply throughout the state or territory. However, federal laws of general application and federal laws and regulations specifically applicable to the particular geographic area may also apply, e.g., 41 C.F.R. Part 102, "Federal Management Regulation."

5.7 **Special Maritime and Territorial Jurisdiction.** All lands reserved or acquired for the use of the United States, and under the exclusive or concurrent jurisdiction of the United States. See 18 U.S.C. §7, "Special maritime and territorial jurisdiction of the United States defined," for more specific descriptions of special maritime and territorial jurisdiction.

5.8 **Subject-Matter Jurisdiction.** The specific offenses over which FPS has authority granted by statute. FPS subject-matter jurisdiction is general, relating to all federal crimes committed against federal property and/or the people on the property, and all federal crimes committed in the presence of an officer or any felony cognizable under the laws of the United States if the officer has reasonable grounds to believe that the person arrested has committed or is committing a felony.

5.9 **Territorial Jurisdiction.** The geographical area over which a government or government entity has power. In the case of FPS, 40 U.S.C. §1315, "Law Enforcement Authority of Secretary of Homeland Security for Protection of Public Property," establishes the territorial jurisdiction as the buildings, grounds, and property that are owned, occupied, or secured by the Federal Government (including any agency, instrumentality, or wholly owned or mixed-ownership corporation thereof) and the persons on the property.

6. **POLICY.**

6.1 All law enforcement personnel are responsible for the protection of federal property and persons on the property. Law enforcement personnel shall comply with all constitutional and statutory requirements while exercising their law enforcement authorities and powers.

7. **RESPONSIBILITIES.**

7.1 **Regional Directors (RD) shall:**

   a. Establish liaison with representatives within their region from each United States Attorney's Office, United States Marshals Service (USMS), the federal judiciary, and other federal, state, and local law enforcement agencies; and

   b. Ensure personnel under their supervision receive annual training in law enforcement authority and jurisdiction applicable to their regions—including relevant state laws.

7.2 **Supervisors shall:**

   a. Ensure that employees under their supervision adhere to the guidance set forth in this directive.

8. **PROCEDURES.**

8.1 **Authority on Federally-Owned or -Leased Exclusive, Concurrent, and Proprietary Jurisdiction Property.**

   a. On exclusive- and concurrent-jurisdiction property, FPS law enforcement personnel are authorized to enforce all federal criminal statutes, federal property regulations, and state and local law as applicable under the Assimilated Crimes Act, 18 U.S.C. §13.

   b. On proprietary jurisdiction property, FPS law enforcement personnel are authorized to enforce federal statutes of general application, federal property regulations, and other agency regulations pertinent to the property in question, and state or local laws as agreed upon or authorized by the state. Any federal criminal statute that includes the language "in the special maritime and territorial jurisdiction" may not be charged on proprietary jurisdiction.

### 8.2 Authority on Non-Federal State Property.

a. As a general rule, FPS law enforcement personnel have no legal duty or authority to enforce state or local laws not related to the protection of federal property or persons on the property (except to the extent that enforcement of such laws is necessary for the protection of federal property and is pursuant to an agreement between FPS and the state or local government), and performing such actions could result in criminal charges and civil liability against the officer and civil liability against FPS. Exceptions to this rule include:

- On state property not protected by FPS, FPS law enforcement personnel while in the performance of official duties relating to the protection of federal property and persons on the property have the legal authority to take appropriate action related to federal crimes committed in the presence of the officer or any felony cognizable under the laws of the United States if the officer has reasonable grounds to believe that the person arrested has committed or is committing a felony.

- On state property not protected by FPS, FPS law enforcement personnel may enforce state and local laws concurrently with state and local law enforcement officers for the protection of federal property and persons on the property pursuant to an agreement between FPS and the state or local government.

- On state property not protected by FPS, FPS law enforcement personnel shall be considered within the federal scope of employment for purposes of the Federal Law Enforcement Good Samaritan Act, Public Law 105-277, if they take reasonable action, including the use of force, to protect an individual in the presence of the officer from a crime of violence; provide immediate assistance to an individual who has suffered or who is threatened with bodily harm; or prevent the escape of any individual who the officer reasonably believes has committed a crime of violence in the presence of the officer.

b. The Department of Justice (DOJ) Office of Legal Counsel has recognized that:

- There is no federal authority to respond to state crimes, but officers may have authority granted by the state and in some situations even a legal obligation under state law to act in response to local criminal offenses. A federal officer's protection may be enhanced if he/she is requested to assist by a state officer with jurisdiction.

- Federal law enforcement officers shall not be discouraged from intervening in local crimes of a serious nature, i.e., felonies and violent misdemeanors.

- 18 U.S.C. §111, "Assaulting, resisting, or impeding certain officers or employees," may apply even when the crime in which the officer intervenes is not a federal one.

- Generally, DOJ will find that, when a federal officer has intervened in a state crime of violence, it is in the government's interest to represent that officer in civil and criminal actions that may arise and that the action is within the scope of employment. However, each case will be considered on its own merits.

- Egregious conduct by the officer or efforts to enforce a minor infraction that is not a serious crime may not be within the scope of employment.

### 8.3 Authority as a Designated State Peace Officer.

a. Some states provide peace officer status to specific federal law enforcement agencies, which allows their officers to enforce certain state laws. Although such peace officer status provides authority by the state to enforce state law, actions taken solely under the authority of state law for the sole benefit of the state, as distinguished from mutual support agreements that also benefit the Federal Government, may be deemed outside the scope of duty.

### 8.4 Authority as a Deputized State Law Enforcement Officer.

a. In cases of major disasters and law enforcement emergencies, FPS law enforcement personnel may be deputized by a state to enforce state and local laws during the aftermath of the major disaster or during a law enforcement emergency. In the case of major disasters, FPS must be reimbursed for the services of deputized FPS law enforcement personnel through the Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. §§5121-5207, or some other fiscal appropriation. In the case of law enforcement emergencies, FPS must be reimbursed through the Emergency Federal Law Enforcement Assistance Act, 42 U.S.C. §10501 *et seq.*, or some other lawful fiscal appropriation.

### 8.5 Authority During Special Events as Determined by the Secretary of the Department of Homeland Security.

a. The United States Secret Service is responsible for the coordination and implementation of the operational security plan for National Special Security Events (NSSE) and other special events as designated by the Secretary of DHS. The FPS Director, in coordination with other federal agencies, may detail law enforcement personnel to enforce federal laws during NSSE and other special events as determined by the Secretary of DHS. The FPS Director may also enter into agreements with federal agencies and with state and local governments to obtain authority for law enforcement personnel to enforce federal, state, and local laws concurrently during NSSE and other special events, as determined by the Secretary of DHS. Any participation under this paragraph must be on a reimbursable basis unless the law enforcement functions are necessary or incidental to the protection of federal property and persons on the property as determined by the FPS Director.

8.6 **Authority Under the National Response Framework.**

    a. DHS serves as the primary national-level, multi-agency hub to manage domestic incidents under the National Response Framework (NRF). The FPS Director, in fulfilling NRF responsibilities, may detail law enforcement personnel to enforce federal laws at domestic incidents managed under the NRF. The FPS Director may enter into agreements with federal agencies and with state and local governments to obtain authority for law enforcement personnel to enforce federal, state, and local laws concurrently in preparation for or in response to catastrophic incidents as defined by NRF or incidents of similar scope and magnitude. Any participation under this paragraph shall be on a reimbursable basis unless the law enforcement functions are necessary or incidental to the protection of federal property and persons on the property.

8.7 **Authority When Assigned to Federal or State Task Forces, Including FBI Joint Terrorism Task Forces (JTTF).**

    a. FPS personnel who are assigned to federal or state task forces and deputized, authorized, or designated to carry out authorities and powers of task force agency members in addition to their authorities under 40 U.S.C. §1315, can carry out authorities and powers of the task force agency only when engaged in task force activities. FPS personnel who are assigned to federal or state task forces are required also to comply with DHS/FPS policies and procedures. Any conflict between DHS/FPS policies and procedures and those of another task force agency's policies and procedures shall be resolved by supervisors at both agencies.

8.8 **Authority and Other Duties as Prescribed.**

    a. The Secretary of DHS may prescribe additional duties for law enforcement personnel, as necessary, for the promotion of homeland security.

9. **ATTACHMENT.** None.

10. **NO PRIVATE RIGHT STATEMENT.** This directive is an internal policy statement of FPS. It is not intended to, and does not create any rights, privileges, or benefits, substantive or procedural, enforceable by any party against the United States; its departments, agencies, or other entities; its officers or employees; or any other person.

Approved: _____
L. Eric Patterson
Director


Reviewed: _____     Date: _____


Reviewed: _____     Date: _____