# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 13-00415HG |
| CASE NAME: | United States of America Vs. Charles Eric Broughton, aka Eric Broughton |
| ATTYS FOR PLA: | E. Kau'i Yamane, Deputy Prosecuting Attorney |
| ATTYS FOR DEFT: | William A. Harrison, Esquire |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Cynthia Fazio |
| DATE: | 06/19/2013 | TIME: | 1:39pm-2:17pm |

COURT ACTION:       EP:  STATE OF HAWAII'S MOTION FOR REMAND [Doc. 4]

Oral Discussion Held.

The Matter is taken under submission.

As to an Evidentiary Hearing, counsel agreed on the record that the Court decide the Motion based on the pleadings, memoranda, and argument.  Neither the State of Hawaii nor the Defendant will be calling any witnesses.

The present Trial Date of June 25, 2013 is hereby continued to October 29, 2013.

The Court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial.  The court orders that the period from June 25, 2013 to and including October 29, 2013 from computation under the Speedy Trial Act as a failure to grant the continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Jury Selection/Jury Trial set for Tuesday, October 29, 2013 at 9:00 a.m. before the Honorable Helen Gillmor.

Final PreTrial Conference set for Friday, October 18, 2013 at 8:30 a.m. before the Honorable Helen Gillmor.

Final PreTrial Conference set for Monday, September 30, 2013 at 2:00 p.m. before the Criminal Duty Magistrate Judge Richard Puglisi.

Defendant's Motions are to be filed by Thursday, August 15, 2013.

Government's Response to be filed by Thursday, August 29, 2013.

Motions in Limine are to be filed and served by Thursday, September 12, 2013.

Memoranda in opposition to Motions in Limine are to be filed and served by Thursday, September 19, 2013.

Witness Lists as to the Trial are to be filed by Monday, September 23, 2013.

Trial Exhibits-Original and two copies are to be submitted by Monday, September 23, 2013. The Trial Exhibits are to be Tabbed and place in Three Ring binders.  The Three Ring Binders shall not exceed the width of the ring such that the Court and the Witness can turn the pages freely.

Stipulations: In writing and filed by Monday, September 23, 2013.

Voir Dire Questions are to be file by Monday, September 23, 2013.

Trial Briefs are to be filed by Monday, September 23, 2013.

Statement of the Case shall be filed by Monday, September 23, 2013.

Jury Instructions exchanged by Monday, September 23, 2013.

Jury Instructions are to be filed by Monday, September 30, 2013


Submitted by Leslie L. Sai, Courtroom Manager