# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 28, 2013

Circuit Court of the First Circuit - State of Hawaii
Kaahumanu Hale
777 Punchbowl Street
Honolulu, HI 96813-5093

    Re:   State of Hawaii vs. Charles Eric Broughton
           Our case no: CR 13-00415 HG

           Circuit Court of the First Circuit
           Your case no: CR. NO. 13-1-0387

Dear Sir,

      Please be advised that on June 28, 2013 pursuant to the **"Order Denying Plaintiff's Motion for Remand to State Court" filed on June 28, 2013**, that removal is permitted, that this Court has jurisdiction over this matter, and that no further action shall be taken in State Court.  Enclosed is a certified copy of the **"Order Denying Plaintiff's Motion for Remand to State Court" filed on June 28, 2013."**

                                    Sincerely Yours,

                                    SUE BEITIA, CLERK

                                    by: Eileen Sakoda
                                        Deputy Clerk



cc: counsel via CM/ECF

To clerks office only:
Please acknowledge receipt on the copy of this letter and return.

Date: _____     By: _____

# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 28, 2013

Circuit Court of the First Circuit - State of Hawaii
Kaahumanu Hale
777 Punchbowl Street
Honolulu, HI 96813-5093

  Re: State of Hawaii vs. Charles Eric Broughton
     Our case no: CR 13-00415 HG

     Circuit Court of the First Circuit
     Your case no: CR. NO. 13-1-0387

Dear Sir,

  Please be advised that on June 28, 2013 pursuant to the **"Order Denying Plaintiff's Motion for Remand to State Court" filed on June 28, 2013**, that removal is permitted, that this Court has jurisdiction over this matter, and that no further action shall be taken in State Court.  Enclosed is a certified copy of the **"Order Denying Plaintiff's Motion for Remand to State Court" filed on June 28, 2013."**

        Sincerely Yours,

        SUE BEITIA, CLERK

        by: Eileen Sakoda
        Deputy Clerk



cc: counsel via CM/ECF

To clerks office only:
Please acknowledge receipt on the copy of this letter and return.

Date: _____   By: _____