Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON    #2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii  96813
Telephone Number:  523-7041
Facsimile Number:  538-7579
E-Mail:  wharrison@hamlaw.net

Attorney for Defendant
CHARLES ERIC BROUGHTON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STATE OF HAWAI'I, | ) | CR. NO. 13-00415 HG |
| | ) | |
| Plaintiff, | ) | **EX-PARTE MOTION FOR ORDER** |
| | ) | **PERMITTING DEFENDANT TO** |
| vs. | ) | **FILE A PRE-TRIAL MOTION TO** |
| | ) | **DISMISS; DECLARATION OF** |
| CHARLES ERIC BROUGHTON, | ) | **WILLIAM A. HARRISON; ORDER** |
| Also known as Eric Broughton, | ) | **GRANTING EX-PARTE MOTION** |
| | ) | **ALLOWING DEFENDANT TO** |
| Defendant. | ) | **FILE PRE-TRIAL MOTIONS;** |
| | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| | ) | Trial Week:  10/29/2013 |
| | ) | Pre-Trial Motions Deadline:  08/15/2013 |

**EX-PARTE MOTION FOR ORDER**
<u>**PERMITTING DEFENDANT TO FILE A PRE-TRIAL MOTION**</u>
<u>**TO DISMISS**</u>

Comes now Defendant CHARLES ERIC BROUGHTON, *ex-parte*, by

2

and through his attorney, William A. Harrison, and hereby moves this Honorable Court for an order permitting him to file a Pre-Trial Motion to Dismiss beyond the previously set Pre-Trial Motions deadline in this case.

This Motion is made pursuant to Rule 12.2 of the Local Rules of Practice for the United States District Court for the District of Hawai'i, Article VI, United States Constitution, and the attached Declaration of William A. Harrison in support of the Motion.

DATED at Honolulu, Hawaii, September 10, 2013.


Law Offices Of:
HARRISON & MATSUOKA                       /s/ William A. Harrison
                                         WILLIAM A. HARRISON
                                         Attorney for Defendant
                                         CHARLES ERIC BROUGHTON