IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAI'I, | ) CR. NO. 13-00415 HG |
| | ) |
| Plaintiff, | ) **DECLARATION OF WILLIAM A.** |
| | ) **HARRISON** |
| vs. | ) |
| | ) |
| CHARLES ERIC BROUGHTON, | ) |
| Also known as Eric Broughton, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF WILLIAM A. HARRISON

WILLIAM A. HARRISON, being first duly sworn on oath, deposes and says:

1. Affiant is attorney of record for Defendant CHARLES ERIC BROUGHTON in the above-captioned matter having been retained by the United States Department of Justice to represent Commander Broughton;

2. The Pre-Trial Motions filing deadline in this case was August 15, 2013;

3. Subsequent to a thorough investigation and review of all facts obtained in this case, it is my considered opinion that Mr. Broughton has a very viable Supremacy Clause challenge to the prosecution of this matter;

4. That Counsel has prepared a motion to dismiss in this matter which is premised upon Article VI, of the United States Constitution;

5. However in order to file the motion Counsel requires the assistance of a federal law enforcement training expert from United States Department of Homeland Security, National Protection and Programs Directorate, Federal Protective Service ["FPS"];

4. That in order to obtain a declaration from a FPS training expert, Counsel was required to submit an appropriate request to Counsel for FPS, who is located at the Department of Justice in Washington, D.C. Counsel for FPS then reviews the request and information sought and then must obtain authorization for such request;

5. That Defendant CHARLES ERIC BROUGHTON has processed his request and only today has been informed that he will be allowed to obtain a training expert from FPS to assist him with a declaration and testimony on the relevant factual matters raised by the Supremacy Clause issues in this case;

6. Unfortunately obtaining the necessary approvals took time in coordinating the request, exchanging information and correspondence and setting up telephonic conference calls to Washington, D.C between parties with differing schedules and time zones;

7. That Counsel contacted Deputy Prosecuting Attorney

Elena Kau'i Yamane regarding this request and she has no objection to the extension requested herein;

   I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND BELEIF

            <u>/s/ William A. Harrison</u>
            WILLIAM A. HARRISON