IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAI'I, | ) CR. NO. 13-00415 HG |
| | ) |
| Plaintiff, | ) **ORDER GRANTING EX-PARTE** |
| | ) **MOTION FOR ORDER** |
| vs. | ) **PERMITTING DEFENDANT TO** |
| | ) **FILE A PRE-TRIAL MOTION TO** |
| CHARLES ERIC BROUGHTON, | ) **DISMISS** |
| Also known as Eric Broughton, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER GRANTING EX-PARTE MOTION FOR ORDER PERMITTING DEFENDANT TO FILE A PRE-TRIAL MOTION TO DISMISS

The Court having reviewed the *Ex-Parte* Motion and the Declaration of Counsel and there being good cause in the premises therefore,

IT IS HEREBY ORDERED that Defendant CHARLES ERIC BROUGHTON shall be permitted to file a Motion to Dismiss in this case upon the filing of this *Ex-Parte* Order.

DATED at Honolulu, Hawaii, _____.


_____
THE HONORABLE HELEN GILLMOR
JUDGE OF THE ABOVE-ENTITLED COURT