## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was duly served upon the following parties listed below via hand-delivery at their last-known addresses on the date of filing.

> KEITH KANESHIRO, ESQ.
> Prosecuting Attorney
> DEPARTMENT OF THE PROSECUTING ATTORNEY
> ELENA KAU'I YAMANE
> Deputy Prosecuting Attorney
> City and County of Honolulu
> State of Hawaii
> 9th & 10th Floors
> Alii Place
> 1060 Richards Street
> Honolulu, Hawaii  96813

Dated:  Honolulu, Hawaii, September 10, 2013.


Law Offices Of:
HARRISON & MATSUOKA

/s/     William     A.     Harrison
WILLIAM A. HARRISON Attorney
for Defendant:
CHARLES ERIC BROUGHTON