IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, | ) CR. No. 13-00415 HG |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHARLES ERIC BROUGHTON | ) |
| Also knowing as Eric | ) |
| Broughton. | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING EX PARTE MOTION FOR ORDER PERMITTING DEFENDANT TO FILE PRE-TRIAL MOTION TO DISMISS (ECF No. 18)**

The Court having reviewed the *Ex Parte* Motion and the Declaration of Counsel and there being good cause in the premises therefore,

IT IS HEREBY ORDERED that although the Motion date of August 15, 2013 has passed, Defendant Charles Eric Broughton shall be permitted to file a Motion to Dismiss in this case by September 18, 2013.  All deadlines related to the trial on October 29, 2013, as reflected in the Minute Order of June 19, 2013 (ECF No. 14), remain unchanged.

DATED: September 11, 2013, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge