Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON    #2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii  96813
Telephone Number:   523-7041
Facsimile Number:   538-7579
E-Mail:  wharrison@hamlaw.net

Attorney for Defendant
CHARLES ERIC BROUGHTON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAI'I, | ) CR. NO. 13-00415 HG |
| | ) |
| Plaintiff, | ) **MOTION TO DISMISS;** |
| | ) **MEMORANDUM IN SUPPORT OF** |
| vs. | ) **MOTION TO DISMISS; TABLE OF** |
| | ) **AUTHORITIES; DECLARATION OF** |
| CHARLES ERIC BROUGHTON, | ) **WILLIAM A. HARRISON;** |
| Also known as Eric Broughton, | ) **ATTACHMENT "1;"** |
| | ) **DECLARATION OF IVAN PABON,** |
| Defendant. | ) **JR; AND CERTIFICATE OF** |
| | ) **SERVICE** |
| | ) |
| | ) |

## MOTION TO DISMISS

Commander Charles Eric Broughton ["Commander Broughton; Broughton"], by

and through counsel undersigned and pursuant to Fed. R. Crim. P. 12(b) (2) and 47,

hereby moves this Court for an order dismissing this case based on the Supremacy

1

Clause of Article 6, U.S. Constitution, which provides immunity from state prosecution of federal officers for actions taken during the performance of federal duties that are honestly and reasonably believed to be necessary and proper.

Dated: Honolulu, Hawaii, September 18, 2013.

Law Office of:
Harrison & Matsuoka                        /s/ William A. Harrison
                                          WILLIAM A. HARRISON