# TABLE OF CONTENTS

|  |  | Page |
|---|---|---|
| I. | SUMMARY OF ARGUMENT…………………………………….…… | 2 |
| II. | PROCECURAL AND FACTUAL BACKGROUND…….……………...... | 3 |
|  | A.  PROCEDURAL BACKGROUND………………………………..... | 3 |
|  | B.  FACTUAL BACKGROUND……………………………………..... | 5 |
|  |       Undisputed facts:…………………………………………… | 5 |
|  |       State of Hawaii's version of facts:…………………………...... | 5 |
|  |       Commander Broughton's Version of Events:………………... | 7 |
| III. | APPLICABLE LAW…… ………………………………………………... | 8 |
|  | A.  PROCEDURAL LAW………………………………………………... | 8 |
|  | B.  SUPREMACY CLAUSE LAW………………………………………... | 12 |
|  |     1.  The Official Duty Inquiry……………………………………...... | 16 |
|  |     2.  The "Necessary and Proper" Inquiry…………………………..... | 17 |
| IV. | CONCLUSION…………………………………………………………...... | 23 |

<sub>
</sub>
<sup>
</sup>

# TABLE OF AUTHORITIES

## Cases

**Page(s)**

*Abney v. United States,* 431 U.S. 651, 660-61 (1977)………………………………. 11
*Baucom v. Martin,* 677 F.2d 1346, 1350 (11th Cir. 1982)……………………….. 15
*City of Jackson v. Jackson,* 235 F. Supp. 2d 532 (S.D. Miss. 2002)……………..... 9,20
*Clifton v. Cox,* 549 F.2d 722 (9th Cir. 1977)……………………………………. 2,14,18,23
*Connecticut v. Marra,* 528 F. Supp. 381, 387 (D. Conn. 1981)………………..... 9
*Graham v. Connor,* 490 U.S. 386, 396-97,
        109 S. Ct. 1865, 104 L.Ed. 443 (1989)………………………. 18
*Hancock v. Train,* 426 U.S. 167, 178 {1976)……………………………….......  12
*Harlow v. Fitzgerald,* 457 U.S. 800 (1982))…………………………………….... 9,18
*Helstoski v. Meanor,* 442 U.S. 500 (1979)   11,12
*Idaho v. Horiuchi,* 253 F.3d 359 (9th Cir.)
        vacated as *moot* 266 F. 3d 979 (9' Cir. 2001)………………….. 9,10,18

*Johnson v. Maryland,* 254 U.S. 51, 57 (1920)…………………………………….. 15
*Kentucky v. Lona,* 837 F.2d at 727……………………………………………..... 2,8,15
*McSweeney v. Fullhart,* 47 F. 802 (W.D. Pa. 1891)………………………….......  19
*M'Culloch v. Maryland,* 17 U.S. 316 (1819)………………………………….... 12,15
*Mitchell v. Forsyth,* 472 U.S. 511, 526-27 (1985)…………………………….......  9
*People v. Zidek,* 691 F. Supp. 1177 (N.D. Ill. 1988)………………….…….. 17
*States v. Clayborne,* 727 F.2d 842 (9th Cir.), cert. *denied,* 469 U.S. 829 (1984)…… 11
*Tennessee v. Davis,* 100 U.S. 257 (1880)…………………………………….….... 12
*Texas v. Carley,* 885 F. Supp. 940……………………………………………. 9
*United States v. Lipsett,* 156 F. 65, 71 (W.D. Mich. 1907)…………………….... 18
*Whitehead v. Senkowski,* 943 F.2d 230, 233-34 (2nd Cir. 1991)…………………... 2,18,23

## Federal Rules

**Page(s)**

Fed. R. Crim. P. 12(b) (2)………………………………………………………... 1, 8

## **Federal Statutes**

**Page(s)**

28 U.S.C. § 1442(a) (1)………….....…………….……………………….….....  3

28 U.S.C. § 1446(c) (5)………………………….…………………………….....  3

40 U.S.C. § 1315(b) (2) (c)………………….…………………………….…......  17

18 U.S.C. 111 ………………………………………………………………….....  21,22

18 U.S.C. § 111(a) (1)……………………………………………………………  22

41 U.S.C. § 1315 (b) (2) (c)………………………….……………………….....  22

28 U.S.C. § 1442(a) (1)………………………….…………………………….....  23