**Charles Eric Broughton**
9952 Phoenician Way
Sacramento, CA  95829 US
Mobile: 916-955-4252
Evening Phone: 916-525-1180
Email: eric.broughton@dhs.gov

| | | |
|---|---|---|
| **Availability:** | **Job Type:** Permanent | |
| | **Work Schedule:** Full-Time | |
| **Desired locations:** | United States | |
| **Work Experience:** | **Federal Protective Service** | 07/2011 - Present |
| | 650 Capitol Mall | Salary: 83,507.00  USD Per Year |
| | Sacramento, CA  95814 United States | Hours per week: 40 |
| | | Series: 0080 **Pay Plan:** GS **Grade:** 13 |

**Area Commander, Northern California Command** (This is a federal job)
**Supervisor**: Stella Meyerhoff (415-436-8095 / 415-850-4172)
**Okay to contact this Supervisor:** Yes
I currently supervise and manage a geographically dispersed workforce of subordinate Law Enforcement Security Officers (LESO), uniformed Federal Police Officers, and physical security staff (Honolulu, HI Jul '11-Jul '13; Sacramento, CA Jul '13-Present); Manage and evaluate work performance of subordinate employees in order to provide feedback and coaching; Identify developmental and training needs of subordinate employees; Prioritize, conduct, assign, monitor, review and manage subordinates' criminal investigations and facility security assessments high risk buildings and facilities; Represent the agency on the Joint Terrorism Task Force (JTTF), Regional Information Sharing Network (RISS/WSIN) and multi-agency Threat Working Groups (TWG); Serve as an agency Terrorism Liaison Officer (TLO) on the Pacific Regional Fusion Center; Provide guidance on threat vulnerabilities and assessments related to physical security; Plan, organize and manage resources to advise, enforce and make recommendations on physical security and crime prevention matters; Plan, schedule, coordinate and monitor law enforcement in response to potentially violent or threatening demonstrations; Analyze crime data to isolate criminal trends or security problems identified through the survey process; Provide and manage police assistance during emergency or life threatening situations; Conduct analysis to integrate, coordinate, manage and direct all matters related to physical and electronic security, crime prevention, criminal investigations and law enforcement operations, emergency preparedness and interagency relations; Manage and assume responsibility for assignment, scheduling and accountability for overall Area work product; Independently plan, schedule, coordinate and monitor the operational effectiveness of the staff based upon organizational goals, milestones, and general guidelines issued by the District Commander; Serve as an advisor to the District Commander and FPS Regional leadership related to Area program status, potentially controversial matters or developing security situations with a potential for far reaching implications; Liaise with local, state and federal law enforcement and government officials to formulate working relationships.

| | |
|---|---|
| **United States Air Force (Reserve)** | 10/2009 - 07/2013 |
| 713 Combat Operations Squadron | Hours per week: 10 |
| Hickam AFB, HI / Beale AFB, CA, HI  United States | Series: 0001 **Pay Plan:** AA |

**Chief Master Sergeant, Security Forces** (This is a federal job)
**Supervisor**: LtCol Roger Gibson (321-432-3339)
**Okay to contact this Supervisor:** Yes
SECURITY FORCES SUPERINTENDENT (E-9): As the senior enlisted manager of a 103 person headquarters element with dual operating locations at Beale AFB, CA and Hickam AFB, HI, I am the primary advisor to the commander for all Security Forces matters, performing all of the functions listed below under

Security Forces Manager. Additionally, as a member of the 713th Combat Operations Squadron, I serve on the respective staffs of Headquarters 13th Air Force/A7S, (Installations and Mission Support/Security Forces), coordinating management of over 1,500 Security Forces personnel on seven Air Forces bases throughout the Pacific area of responsibility (AOR); and the United States Pacific Command (PACOM) Air Force Forces (AFFOR) staff, managing Air Force Security Forces assets, inter-service and multi-national Air Forces coordination in the Pacific AOR. I plan, administer, coordinate and approve force protection and anti-terrorism security risk assessment surveys of domestic and foreign government airfields and facilities throughout the Pacific AOR in preparation for potential deployment of Air Force assets; analyze effectiveness and efficiency of existing law enforcement and security programs; provide technical expertise in developing, maintaining, and managing new and existing law enforcement and security programs; provide security planning, security system development, subject matter expert training and advisory services to host nations based upon those security risk assessment surveys; establish and maintain effective relationships with law enforcement, military and security counterparts in all other service branches, as well as internationally with counterparts in the forty-three Asia Pacific nations within the 13th Air Force AOR; manage coordination for Security Forces assets during Pacific AOR deployments and exercises; and represent the commander, squadron and HQ 13th Air Force in high level management meetings, briefings, conferences and presentations as a recognized authority in the field of Air Force Security Forces, anti-terrorism and security vulnerability assessment, law enforcement and criminal investigations.

As Security Forces Superintendent, I have been recognized for my efforts in providing input into the establishment of the first Air Force Reserve Command (AFRC) Sensitive Compartmented Compliance Facility (SCIF), which is a secure facility within the 713th COS providing a top secret operating environment. I have also received recognition for my contributions in the Pacific Command 2010 Terminal Fury exercise, involving all service branches operating in the Pacific theater. I possess a current "Secret" security clearance.

**Fresno County Sheriff's Office**  12/2010 - 07/2011
2200 Fresno St  Salary: 6,888.00 USD Per Month
Fresno, CA   United States  Hours per week: 40
**Deputy Sheriff Sergeant**
Supervisor: Undersheriff Scott Jones (559-905-2726)
**Okay to contact this Supervisor:** Yes
Fresno County Sheriff's Office is a large law enforcement agency with over 1,000 employees, responsible for over 6,000 square miles and a population of nearly 1,000,000 residents. As a Deputy Sheriff Sergeant, my responsibilities were to manage the Sheriff's Civil Unit and sixteen subordinate sworn and non-sworn employees. In 1998, California legislation consolidated the Municipal and Superior Courts and simultaneously merged the elected offices of Marshal or Constable with that of the Sheriff. The Sheriff's Civil Unit was responsible for executing mandates of the Superior Court, such as writs, evictions, summons, garnishments, restraining orders, arrest warrants, and levies upon wages, bank accounts, and real and personal property. The Civil Unit collected and dispersed over $11,000,000 annually, which generated over $600,000 in revenue for the Sheriff's Office through fees related to civil process services.

As the sole Sergeant for the Civil Unit, my duties were to manage all aspects of the office, to include supervision of sixteen subordinate law enforcement and civilian Civil Unit personnel; review, assign and monitor progress of cases; oversee collection, recording and disposition of levies and fees; audit civil financial accounts for completeness and accuracy; author reports on Civil

Unit activities for review by superiors; and establish and maintain effective liaison and political relationships with allied federal, state and local law enforcement agencies.

I performed supervisory Terrorism Liaison Officer duties, participating in the Joint Terrorism Task Force and coordinating with the Department of Homeland Security through the Sacramento Regional Terrorism Threat Assessment Center; and represented the organization at meetings, conferences, and presentations involving issues of considerable sensitivity and importance.

I have advanced training and experience in the Incident Command System, managing joint mutual aid responses to both natural and human created incidents. I have managed many large scale critical incidents as Incident Commander, including several homicides; officer involved shootings; and a fatal aircraft crash, and performed other functions within the Incident Command System.

I have been deemed a recognized authority and subject matter expert by state and federal courts in the field of narcotics offenses. I was an Honor Guard Sergeant and represented the Sheriff at local, state and national public events.

**Fresno County Sheriff's Office**  06/2008 - 12/2010
Fresno, CA   United States   Salary: 6,888.00 USD Per Month
Hours per week: 40

**Deputy Sheriff Sergeant**
**Supervisor**: Undersheriff Scott jones (559-905-2726)
**Okay to contact this Supervisor:** Yes
As a Deputy Sheriff Sergeant assigned to the Community Crime Response Team (CCRT), I was tasked with forming a unit with the specific intent of combating felony crimes throughout Fresno County. My responsibilities were to manage, direct and supervise a team of six Deputy Sheriffs in the criminal investigation and suppression of felony crimes by means of developing non-traditional investigation methods; proactive enforcement and immediate response to allegations of felony criminal violations of local, state and federal statutes; research, plan and direct responses to complex criminal trends based upon the development, coordination and evaluation of intelligence; manage, direct and supervise the use of citizen and criminal informants in felony investigations; plan, approve and supervise investigative operations involving undercover officers and support assets; provide a rapid response law enforcement resource for large scale incidents as part of the Incident Command System; establish and maintain effective liaison and political relationships with allied federal, state and local law enforcement agencies; plan, direct and/or participate in joint enforcement operations with allied local, state and federal law enforcement agencies; perform supervisory functions in joint federal marijuana eradication operations on federal lands (Operation Trident); perform supervisory Terrorism Liaison Officer duties, participating in the Joint Terrorism Task Force and coordinating with the Department of Homeland Security through the Sacramento Regional Terrorism Threat Assessment Center; and represent the organization at meetings, conferences, and presentations involving issues of considerable sensitivity and importance.

During the period I was assigned to lead CCRT, the six member team accounted for more felony arrests than two of the four Sheriff's substations, and cash and property seizures in excess of $500,000.

**United States Air Force (Reserve)**  06/2008 - 10/2009
Vandenberg AFB, CA   United States   Hours per week: 10
**Senior Master Sergeant, Security Forces**

SECURITY FORCES MANAGER (E-9 Select): As the senior enlisted manger in a large organization, I oversaw subordinate managers and personnel executing all operational, training and administrative functions of a Security Forces squadron; advised and participated with the commander in the planning and implementation of agency and squadron staffing, financial requirements and service delivery strategies of Security Forces personnel and services; ensured effective and economical utilization of existing resources and developed strategies to acquire necessary resources when lacking; established and maintained professional relationships with law enforcement, intelligence and military counterparts and agencies within and outside of the Air Force in order to coordinate mission requirements; represented the commander, squadron and Air Force in high level management meetings, briefings, conferences and presentations as a recognized authority in the field of Air Force Security Forces, anti-terrorism and security vulnerability assessment, law enforcement and criminal investigations.

I was recognized for my efforts to identify and mitigate a security vulnerability to the installation, which encompasses 32 miles of California coastline, by developing waterborne security measures, thus denying access of potential threats against Air Force personnel and assets.

**United States Air Force (Reserve)**   08/2004 - 06/2008
Robins AFB, GA   United States   **Hours per week:** 10
**Senior Master Sergeant, Security Forces**
SECURITY FORCES OPERATIONS SUPERINTENDENT (E-8): My responsibilities were to research, plan and direct implementation of all law enforcement, security, and criminal investigative functions of the squadron; develop staffing and financial strategies for the operational function of the unit; ensure effective and economical utilization of existing resources in the delivery of Security Forces services; interpret and provide guidance on the enforcement of military, federal and state statutes and policies; develop plans, policies, procedures and detailed instructions to implement Security Forces physical security and force protection programs; oversee management of the Military Working Dog (MWD) explosives and drug detection canine personnel and facilities; and supervise, inspect and evaluate effectiveness of Security Forces operations personnel, assets and facilities.

SECURITY FORCES TRAINING SUPERINTENDENT (E-8): My responsibilities were to develop and manage annual master training plans, goals and objectives; develop original course plans and designs for basic and advanced law enforcement, security and criminal investigative course concepts which cover tradition as well as rapidly changing technical areas; assess program or course curriculum, content, and instructional materials; manage and supervise training instructors; manage the unit Individual Mobilization Augmentee (IMA) Air Force Reserve personnel; oversee management of the Combat Arms (range) personnel and facility; and oversee specialized training requirements for the Military Working Dog (MWD) explosives and drug detection canine teams.

As Training Superintendent, I was recognized for my contributions in the unit being awarded of Best Large Security Forces Unit in 2006 and an "excellent" rating in the Inspector General Unit Compliance Inspection. In 2007, I was requested by name for temporary duty at the Air Force Security Forces Headquarters to research, plan and implement a civilian police and security career field within Air Force Security Forces.

**Fresno County Sheriff's Office**
Fresno, CA   United States

12/2004 - 06/2008
**Salary:** 6,888.00 USD Per Month
**Hours per week:** 40

**Deputy Sheriff Sergeant**
**Supervisor:** Undersheriff Scott Jones (559-905-2726)
**Okay to contact this Supervisor:** Yes
Fresno County Sheriff's Office is a large law enforcement agency with over 1,000 employees, responsible for over 6,000 square miles and a population of nearly one million residents. As a Deputy Sheriff Sergeant assigned to Patrol Bureau, I was responsible for supervising and directing subordinate Deputy Sheriffs and civilian personnel; managing and directing the response of Sheriff's resources to public generated calls for service, deputy initiated enforcement incidents, and mutual aid responses with allied local, state and federal law enforcement agencies. I represented the Sheriff at public meetings and presentations, and professional conferences involving issues of considerable sensitivity and importance. I reviewed agency operations, policies and procedures, and then made functional recommendations for improvement to management.

Deputy Sheriff Sergeants are responsible for responding to and mitigating complaints from the public. Complaints which are unable to reach resolution or require further examination are documented and referred for internal affairs investigation. Most internal investigations are assigned to the supervising sergeant for further inquiry. I have received in excess of one hundred hours of formal training specifically related to internal law enforcement investigations and subsequently conducted countless internal investigations involving allegations of employee misconduct. I have participated in disciplinary proceedings and have experience in the entire disciplinary and administrative process.

In May, 2005 I was awarded the Lifesaving Medal for decisive action taken in rescuing a human life in the line of duty. In October, 2005 I was awarded the Sheriff's Medal of Valor for decisive action in intervening in an armed robbery while off duty, resulting in the immediate apprehension and prosecution of both suspects.

**Fresno County Sheriff's Office**          12/1997 - 12/2004
Fresno, CA   United States              **Hours per week:** 40
**Deputy Sheriff**
Fresno County Sheriff's Office is a large law enforcement agency with over 1,000 employees, responsible for over 6,000 square miles and a population of nearly one million residents. In the period listed, I served in the following assignments:

Field Training Officer: I was a law enforcement instructor and evaluator, responsible for training and indoctrinating newly hired Deputy Sheriffs in law enforcement field operations and investigations. I coached, mentored and supervised deputies through a formalized four to six month training program in which trainees were required to meet specific benchmarks prior to advancing to the next phase of training. During this period, I was engaged in an officer involved shooting with an armed parolee at large. I responded to the threat, directed the actions of my trainee, and managed the subsequent tactical response. I was subsequently recognized for maintaining a calm demeanor and taking decisive action to protect the life of my trainee in this incident.

Canine Handler: I was assigned a Belgian Malinois, trained in narcotics detection. I responded to agency requests for canine assistance, as well as those for allied local, state and federal agencies. I participated in drug interdiction operations, targeting regional and interstate drug traffickers; parcel interdiction, targeting attempts to ship drugs through government and private entities;

Operation Safe Streets: I was responsible for a community based policing district; responding to community complaints regarding law enforcement and other issues affecting quality of life concerns; representing the Sheriff at public meetings and presentations; analyzing criminal trends and developing innovative responses; proactive criminal enforcement affecting my assigned policing district.

Field Patrol: I was responsible for responding to public generated calls for service; self-initiated criminal enforcement; initial investigations into criminal offenses; documenting crimes and other incidents in reports; and testifying in court and parole proceedings.

Court Services: I was responsible for the physical security of the Fresno County Superior Court annex, the protection of the judicial staff, and the enforcement of criminal statues within the facility.

In 2003, I authored a study in which I identified deficiencies in Sheriff's fleet operations and proposed organizational restructuring to alleviate the deficiency. I researched and evaluated alternative operational structures, and developed an individual-issue fleet program which dramatically increased operational effectiveness of the Sheriff's Office, while simultaneously reducing fiscal liability. I participated in high level political negotiations with county and state leaders and authored agency policy pertaining to the program. The implementation of the Sheriff's Fleet program has resulted in budgetary savings in excess of $3.5 million over the past seven years.

**United States Air Force (Reserve)**   10/1998 - 08/2004
Edwards AFB, CA   United States   **Hours per week:** 10
**Master Sergeant, Security Forces**

SENIOR CRIMINAL INVESTIGATOR, JOINT DRUG ENFORCEMENT TEAM (JDET), AIR FORCE OFFICE OF SPECIAL INVESTIGATIONS (OSI) (E-7): Following the events of September 11, 2001, I was mobilized for extended active duty. As an Individual Mobilization Augmentee (IMA), my function was to backfill for active duty personnel who deployed from stateside bases. I was assigned as the senior drug enforcement investigator attached to OSI at Edwards Air Force Base, CA. My responsibilities were to manage and participate in criminal investigations and other law enforcement activities involving the narcotics related violations of military, state and federal laws; research, analyze, plan and direct innovative investigative methods related to narcotics investigations; manage and direct citizen and criminal informants; brief senior Air Force leadership of the status of sensitive criminal investigations; and represent the commander and Air Force as a recognized authority in narcotics investigations at meetings, conferences, and presentations involving issues of considerable sensitivity and importance.

While assigned as the Senior Investigator, I was recognized by the OSI Commander, Brigadier General L. Eric Patterson, for leading OSI with a 63% increase in narcotics arrests, prosecutions and convictions during the twelve month period of my assignment; my efforts resulting in Edwards AFB receiving the Secretary of Defense Award for Drug Demand Reduction for 2001; and was awarded a Meritorious Service Medal upon completion of my assignment.

SECURITY FORCES FLIGHT CHIEF: My responsibilities were to supervise, manage and direct on duty Security Forces assets in performing law enforcement and force protection duties, protecting Air Force personnel, assets and facilities; enforce standards of conduct, discipline and adherence to statutes and directives; manage and direct enforcement and investigation of local, state, federal and military laws and statutes; inspect and evaluate effectiveness of Security Forces personnel.

**United States Air Force (Active & Reserve)**  
Various Air Force Bases, CA   United States  
10/1982 - 10/1998  
Hours per week: 10  
**Security Forces Instructor and Journeyman**  
SECURITY FORCES LAW ENFORCEMENT INSTRUCTOR: My responsibilities were to research, interpret, develop and instruct law enforcement courses in keeping with military, state and federal statutes and case law.

SECURITY FORCES JOURNEYMAN: My responsibilities were to perform law enforcement, security police and force protection duties as assigned; enforce military, state and federal statutes; traffic enforcement and collision investigation; and armed response team member and leader for nuclear missile facilities.

ASSIGNMENT LOCATIONS DURING THIS PERIOD:  
Lackland AFB, TX; Ellsworth AFB, SD; Vandenberg AFB, CA; Castle AFB, CA; McClellan AFB, CA

**Livingston Police Department**  
Livingston, CA   United States  
02/1991 - 12/1997  
Hours per week: 40  
**Police Officer**  
My responsibilities were general law enforcement patrol and investigation; motorcycle traffic enforcement and investigation officer; traffic and radar law enforcement instructor; and highway drug interdiction ( OPERATION PIPELINE) team member.

**Education:**

**American Military University** Manassas, VA  United States  
Bachelor's Degree 08/2012  
GPA: 3.48 of a maximum 4.0  
**Major:** Criminal Justice

**Community College of the US Air Force** Maxwell AFB, AL  United States  
Associate's Degree 06/2010

**Major:** Criminal Justice

**Peace Officer Standards and Training (POST), State of California** Sacramento, CA  United States  
Technical or Occupational Certificate

**Relevant Coursework, Licenses and Certifications:**  
The following certificates have been awarded to me by the State of California, Peace Officer Standards and Training (POST): Supervisory Peace Officer certificate; Advanced Peace Officer certificate; Intermediate Peace Officer certificate; Basic Peace Officer certificate; Basic Academy graduate

**Affiliations:**  
New Covenant Community Church - Member  
California Narcotics Officers Association - Member  
Benevolent and Protective Order of Elks - Member  
Peace Officers Research Association of California - Member

**References:**

| Name | Employer | Title | Phone | Email |
|---|---|---|---|---|
| Charles Beck (*) | United States Air Force (Retired) | Colonel | 817-694-5230 | charles.beck@lmco.com |
| Scott Jones (*) | Fresno County Sheriff | Undersheriff, Fresno County (CA) | 559-313-5230/559-905-2726 | scott.jones@fresnosheriff.org |
| Stella Meyerhoff (*) | Federal Protective Service | District Commander | 415-436-8095/415-850-4172 | stella.meyerhoff@dhs.gov |
| Mario Canton (*) | Federal Protective Service | Regional Director | 707-372-1504/415-912-8735 | mario.canton@dhs.gov |

(*) Indicates professional reference