# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served upon the following parties listed below via CM/ECF or hand-delivery at their last-known addresses on the date of filing.

>KEITH KANESHIRO, ESQ.
>Prosecuting Attorney
>DEPARTMENT OF THE PROSECUTING ATTORNEY
>ELENA KAU'I YAMANE
>Deputy Prosecuting Attorney
>City and County of Honolulu
>State of Hawaii
>9th & 10th Floors
>Alii Place
>1060 Richards Street
>Honolulu, Hawaii  96813

Dated:  Honolulu, Hawaii, September 18, 2013.


Law Offices Of:
HARRISON & MATSUOKA

/s/     William     A.     Harrison
WILLIAM A. HARRISON Attorney
for Defendant:
CHARLES ERIC BROUGHTON