# MINUTE ORDER

CASE NUMBER:      CR NO. 13-00415 HG

CASE NAME:        State of Hawaii v. Charles Eric Broughton, aka Eric Broughton

ATTYS FOR PLAINTIFF:     Elena Kaui Yamane, Esquire
Keith M. Kaneshiro, Esquire
Janice T. Futa, Esquire

ATTYS FOR DEFENDANT:     William A. Harrison, Esquire

JUDGE:   Helen Gillmor

DATE:    September 19, 2013

On, September 18, 2013, the Defendant Charles Broughton filed:

MOTION TO DISMISS [ECF Doc. 21]

The State of Hawaii may file a response to the Motion to Dismiss on or before Wednesday, September 25, 2013.

Submitted by Leslie Sai, Courtroom Manager