KEITH M. KANESHIRO  2027
Prosecuting Attorney
ELENA KAUI YAMANE  9414
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawai`i  96813
Ph:     768-7495
FAX: 768-7513
Attorneys for State of Hawai`i

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| STATE OF HAWAI`I | ) CR. NO. 13-00415 HG |
|---|---|
| v. | ) <br> ) TERRORISTIC THREATENING IN <br> ) THE FIRST DEGREE |
| CHARLES ERIC BROUGHTON <br> Also known as Eric Broughton, <br> <br> Defendant. | ) <br> ) <br> ) EX PARTE MOTION FOR ORDER <br> ) PERMITTING STATE OF HAWAII <br> ) TO EXTEND TIME TO ANSWER <br> ) DEFENDANT'S MOTION TO <br> ) DISMISS; DECLARATION OF <br> ) COUNSEL; ORDER GRANTING <br> ) EX-PARTE MOTION PERMITTING <br> ) STATE OF HAWAII TO  EXTEND <br> ) TIME TO ANSWER DEFENDANT'S <br> ) MOTION TO DISMISS; <br> ) CERTIFICATE OF SERVICE <br> ) |

EX PARTE MOTION FOR ORDER PERMITTING STATE OF HAWAII
TO EXTEND TIME TO ANSWER DEFENDANT'S MOTION TO
DISMISS

COMES NOW the STATE OF HAWAI`I, by and through Elena Kaui Yamane, Deputy Prosecuting Attorney, City and County of Honolulu, State of Hawai`i, hereby moves this Honorable Court, ex parte, for an order to extend the time to file the response to Defendant Eric Charles Broughton's Motion to Dismiss filed on September 18, 2013.

This motion is based upon Rule 12.2 of the Local Rules of Practice for the United States District Court of the District of Hawaii, Article VI, United States Constitution, and the attached Declaration of Elena Kaui Yamane in support of the motion.

Dated at Honolulu, Hawai`i:  September 20, 2013.

                STATE OF HAWAI`I

        By KEITH M. KANESHIRO
           Prosecuting Attorney

        By  /s/ Elena Kaui Yamane
           ELENA KAUI YAMANE
           Deputy Prosecuting Attorney
           City and County of Honolulu