IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| STATE OF HAWAI`I ) | CR. NO. 13-00415 HG |
| ) | |
| v.  ) | TERRORISTIC THREATENING IN |
| ) | THE FIRST DEGREE |
| CHARLES ERIC BROUGHTON ) | |
| Also known as Eric Broughton, ) | |
| ) | DECLARATION OF COUNSEL |
| Defendant. ) | |
| ) | |

DECLARATION OF COUNSEL

I, ELENA KAUI YAMANE, declare, upon information and belief, that:

1. Declarant is the Deputy Prosecuting Attorney for the City and County of Honolulu, State of Hawai`i assigned to the above-entitled case and I have reviewed the records and files of this case.

2. The above-entitled matter is set for trial on October 29, 2013.

3. On September 10, 2013, Defendant Charles Eric Broughton filed an Ex Parte Motion for Extension of Time to File Motion to Dismiss.

4. On September 11, 2013, the Honorable Helen Gillmor granted Defendant's Ex Parte Motion for Order Permitting Defendant to File Pre-trial Motion to Dismiss.

5. On September 18, 2013, Defendant Charles Eric Broughton filed a Motion to Dismiss.

6. On September 19, 2013, the Honorable Helen Gillmor filed a Minute Order setting September 25, 2013 as the date for State of Hawaii to file a response to Defendant's Motion to Dismiss.

7. On September 18, 2013, Declarant started a criminal trial in the First Circuit Court, State of Hawaii.

8. The criminal trial in the First Circuit Court, State of Hawaii will continue until at least September 24, 2013.

9. Additionally, On May 21, 2013, State of Hawaii requested discovery documents related to this case from Officer of the General Counsel, Department of Homeland Security pursuant to *United States v. Touhy*, 340 U.S. 462 (1951) and 6 C.F.R. §§ 5-41 through 5.49.

10. On July 1, 2013, Frank R. Levi, Attorney Advisor, Federal Protective Service, General Law Division, Office of the General Counsel, Department of Homeland Security, emailed Declarant stating that all request for information/discovery must be directed to William Harrison, Esq.

11. On August 18, 2013, State of Hawaii requested discovery documents related to this case from William Harrison, Esq.

12. On August 27, 2013, Declarant spoke to William Harrison and inquired about the outstanding discovery request. William Harrison related to Declarant that he was waiting for direction from the Department of Justice to respond to the discovery request.

13. On September 12, 2013, Declarant spoke to William Harrison and again inquired about the outstanding discovery request. William Harrison again related to Declarant that he was waiting for direction from the Department of Justice to respond to the discovery request.

14. To date, Declarant has not received any oral or written response to State of Hawaii's discovery request.

15. The outstanding discovery request is pertinent to this case and State of Hawaii cannot adequately address Defendant Charles Eric Broughton's Motion to Dismiss until requested documents are provided.

16. State of Hawaii intends to file a response to Defendant Charles Eric Broughton's Motion to Dismiss.

17. Accordingly, State of Hawaii requests additionally time to file a response to Defendant Charles Eric Broughton's Motion to Dismiss. Declarant believes that there is good cause to extend the time for filing the response to Defendant Eric Charles Broughton's Motion to Dismiss.

18. Declarant also requests the setting of a status with the court to properly discuss outstanding discovery issues, scheduling of Defendant Charles Eric Broughton's Motion to Dismiss, and trial week.

19. Declarant contacted William Harrison regarding this request and he has no objection to the extension requested herein.

I, ELENA KAUI YAMANE, declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 20, 2013.

                                                /s/ Elena Kaui Yamane
                                          ELENA KAU`I YAMANE