IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| STATE OF HAWAI`I | ) CR. NO. 13-00415 HG |
| | ) |
| v. | ) TERRORISTIC THREATENING IN |
| | ) THE FIRST DEGREE |
| CHARLES ERIC BROUGHTON | ) |
| Also known as Eric Broughton, | ) ORDER GRANTING EX-PARTE |
| | ) MOTION PERMITTING STATE OF |
| Defendant. | ) HAWAII TO  EXTEND TIME TO |
| | ) ANSWER DEFENDANT'S MOTION |
| | ) TO DISMISS |
| _____ | ) |

**ORDER GRANTING EX-PARTE MOTION FOR PERMITTING
STATE OF HAWAII TO EXTEND TIME TO ANSWER
DEFENDANT'S MOTION TO DISMISS**

The Court having reviewed the Ex-Parte Motion and the Declaration

of Counsel and there being good cause in premises therefore,

IT IS HEREBY ORDERED that although the Motion date was

previously set on September 25, 2013, State of Hawaii shall be permitted to

file a response to Defendant Eric Charles Broughton's Motion to Dismiss in

the case upon the filing of this Ex-Parte Order.

DATED at Honolulu, Hawaii _____.


_____
THE HONORABLE HELEN GILLMOR
JUDGE OF THE ABOVE-ENTITLED COURT