CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2013, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically by CM/ECF:

William A. Harrison @ wharrison@hamlaw.net
    Attorney for Defendant Charles Eric Broughton

DATED:   Honolulu, Hawaii, September 20, 2013.

        By /s/ Elena Kaui Yamane
        ELENA KAU`I YAMANE
        Deputy Prosecuting Attorney
        City and County of Honolulu