KEITH M. KANESHIRO  2027
Prosecuting Attorney
ELENA KAUI YAMANE 9414
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street
Honolulu, Hawaii  96813
Ph:  (808) 768-7400
Fax: (808) 768-7513
Attorneys for State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| STATE OF HAWAII, | CR. NO. 13-00415 HG |
|---|---|
| Plaintiff, | |
| v. | |
| CHARLES ERIC BROUGHTON, also known as Eric Broughton, | STATE OF HAWAII'S EXHIBIT LIST; CERTIFICATE OF SERVICE |
| Defendant. | |

STATE OF HAWAII'S EXHIBIT LIST

The STATE OF HAWAII, by ELENA KAUI YAMANE, Deputy

Prosecuting Attorney, City and County of Honolulu, State of Hawai'i,

submits the attached witness list for trial of the above-entitled matter.  The

prosecution reserves the right to supplement this witness and exhibit list

prior to the close of evidence.

DATED:  Honolulu, Hawaii, September 23, 2013.

        Respectfully Submitted,
        STATE OF HAWAII
        By: KEITH M. KANESHIRO
          Prosecuting Attorney

         /s/ ELENA KAUI YAMANE
        ELENA KAU`I YAMANE
        Deputy Prosecuting Attorney
        City and County of Honolulu

## STATE OF HAWAII'S EXHIBIT LIST

1. Photograph(s)

2. Diagrams(s)

3. Any and all items of evidence that are referenced on the Evidence or Property Report under the above HPD Report Number(s).

4. Any and all reports which are part of the discovery materials provided to the defense in the instant case under the above HPD Report Number(s).

5. Any and all other documents, physical, real, demonstrative and photographic evidence in prosecutor's discovery to Defendant.

6. Any and all exhibits listed on Defendant's exhibit list.

DATED: Honolulu, Hawaii, September 23, 2013.

        Respectfully Submitted,
        STATE OF HAWAII
        By: KEITH M. KANESHIRO
           Prosecuting Attorney

        /s/ ELENA KAUI YAMANE
          ELENA KAU`I YAMANE
          Deputy Prosecuting Attorney
          City and County of Honolulu