| STATE OF HAWAII<br>DISTRICT COURT FOR THE<br>DISTRICT OF HAWAII | EXHIBIT LIST | CASE NUMBER<br>Cr. No. 13-00415 HG |
|---|---|---|
| **PLAINTIFF**<br>**STATE OF HAWAII** | **PLAINTIFF ATTORNEY** (Name, Address and Tel. No.)<br>**ELENA KAUI YAMANE  9414**<br>Department of the Prosecuting Attorney<br>1060 Richards Street<br>Honolulu, HI  96813<br>(808) 768-7495 | |
| **DEFENDANT**<br>**CHARLES ERIC BROUGHTON** | **DEFENDANT ATTORNEY** (Name, Address and Tel No.)<br>**WILLIAM HARRISON, ESQ.**<br>841 Bishop Street, Suite 800<br>Honolulu, HI 96813<br>(808) 523-7041 | |
| DATE OF TRIAL OR HEARING<br>October 29, 2013 | DATE JUDGEMENT FILED | PREPARING CLERK | DIVISION |

| EXHIBIT NO.<br>IDENTIFY<br>NO. CODE<br>√ PLAINTIFF<br>__ DEFENDANT | OFFERED FOR IDENTIFICATION | RECEIVED IN EVIDENCE | WITHDRAWN | DESCRIPTION OF EXHIBIT | DATE<br>R = RETURNED<br>D = DESTROYED<br>OTHER COMMENTS |
|---|---|---|---|---|---|
| 1. | | | | Photograph of Google Earth, Arial view of H-2 Veterans Memorial Freeway | |
| 2. | | | | Photograph of Google Earth, Arial view of H-2 Veterans Memorial Freeway, Mililani Mauka Exit | |
| 3. | | | | Photograph of Google Earth, Arial view of H-2 Veterans Memorial Freeway, Mililani Tech Park Exit,  Kamehameha Highway | |
| 4. | | | | Photograph of Google Earth, Arial view of Kamehameha Highway, Wilikina Drive | |
| 5. | | | | Google Map-Map A: Complainant's account of incident, under Honolulu Police Report Number 12-460653 | |
| 6. | | | | Google Map-Map A: Suspect's account of incident, under Honolulu Police Report Number 12-460653 | |
| 7. | | | | Google Map-Map B: Complainant's account of incident, under Honolulu Police Report Number 12-460653 | |
| 8. | | | | Google Map-Map B: Suspect's account of incident, under Honolulu Police Report Number 12-460653 | |

**FOR OFFICE USE ONLY**

LOCATION OF EXHIBITS

☐ Attached            ☐ Other _____

☐ Shelf No. _____            _____

☐ Code No. _____

DATE            RECEIVED:

PAGE 1 OF 3 PAGES

FORM NO 000120            **EXHIBIT LIST**   1C-P-053

| STATE OF HAWAII<br>DISTRICT COURT FOR THE<br>DISTRICT OF HAWAII | EXHIBIT LIST<br>CONTINUATION SHEET | CASE NUMBER<br>Cr. No. 13-00415 HG |
|---|---|---|

| EXHIBIT NO.<br>IDENTIFY<br>NO. CODE<br>√ PLAINTIFF<br>__ DEFENDANT | OFFERED FOR IDENTIFICATION | RECEIVED IN EVIDENCE | WITHDRAWN | DESCRIPTION OF EXHIBIT | DATE<br>R = RETURNED<br>D = DESTROYED<br>OTHER COMMENTS |
|---|---|---|---|---|---|
| 9. | | | | Mario Ybarra's Honolulu Police Department 252, on or about December 20, 2012, under Honolulu Police Report Number 12-460653 | |
| 10. | | | | Written transcript of Interview with Mario Ybarra on or about December 21, 2012, under Honolulu Police Report Number 12-460653 | |
| 11. | | | | Wendy Ybarra's Honolulu Police Department 252, on or about December 20, 2012, under Honolulu Police Report Number 12-460653 | |
| 12. | | | | Written transcript of Interview with Wendy Ybarra on or about December 21, 2012, under Honolulu Police Report Number 12-460653 | |
| 13. | | | | Written transcript of Interview with Garfield Douse on or about December 27, 2012, under Honolulu Police Report Number 12-460653 | |
| 14. | | | | Written transcript of Interview with Jeffrey Bowman on or about December 27, 2012, under Honolulu Police Report Number 12-460653 | |
| 15. | | | | Audio recording of Interview with Mario Ybarra on or about December 21, 2012, under Honolulu Police Report Number 12-460653 | |
| 16. | | | | Audio recording of Interview with Wendy Ybarra on or about December 21, 2012, under Honolulu Police Report Number 12-460653 | |
| 17. | | | | Audio recording of Interview with Garfield Douse on or about December 27, 2012, under Honolulu Police Report Number 12-460653 | |
| 18. | | | | Audio recording of Interview with Jeffrey Bowman on or about December 27, 2012, under Honolulu Police Report Number 12-460653 | |
| 19. | | | | Gun identification sheet, dated on or about January 14, 2013, under Honolulu Police Report Number 12-460653 | |
| 20. | | | | Grand Jury transcript of Mario Ybarra, dated on or about March 19, 2013 | |
| 21. | | | | Grand Jury transcript of Detective Rommel Baysa, dated on or about March 19, 2013 | |
| 22. | | | | Mario Ybarra's 911 #1 call to Honolulu Police Department on December 20, 2012 at approximately 3:24 p.m. | |
| 23. | | | | Mario Ybarra's 911 #2 call to Honolulu Police Department on December 20, 2012 at approximately 5:20 p.m. | |

PAGE 2 OF 3 PAGES

| STATE OF HAWAII DISTRICT COURT FOR THE DISTRICT OF HAWAII | EXHIBIT LIST CONTINUATION SHEET | CASE NUMBER Cr. No. 13-00415 HG |
|---|---|---|

| EXHIBIT NO. IDENTIFY NO. CODE √ PLAINTIFF __ DEFENDANT | OFFERED FOR IDENTIFICATION | RECEIVED IN EVIDENCE | WITHDRAWN | DESCRIPTION OF EXHIBIT | DATE R = RETURNED D = DESTROYED OTHER COMMENTS |
|---|---|---|---|---|---|
| 24. | | | | Mario Ybarra's telephone call to Special Police | |
| 25. | | | | Honolulu Police Department Report Number 12-460653 | |
| 26. | | | | Written transcript of Interview with Defendant Charles Eric Broughton on or about January 8, 2013, under Honolulu Police Report Number 12-460653 | |
| 27. | | | | Audio recording of Interview with Defendant Charles Eric Broughton on or about January 8, 2013, under Honolulu Police Report Number 12-460653 | |
| 28. | | | | Audio recording #1, Federal Protective Service Megacenter, Attached 4(a) | |
| 29. | | | | Audio recording #2, Federal Protective Service Megacenter, Attached 4(b) | |
| 30. | | | | Audio recording #3, Federal Protective Service Megacenter, Attached 4(c) | |
| 31. | | | | Audio recording #4, Federal Protective Service Megacenter, Attached 4(d) | |
| 32. | | | | Audio recording #5, Federal Protective Service Megacenter, Attached 4(e) | |
| 33. | | | | Audio recording #6, Federal Protective Service Megacenter, Attached 4(f) | |
| 34. | | | | Office of General Counsel, Department of Homeland Security letter dated January 4, 2013 | |
| 35. | | | | Defendant Charles Eric Broughton's letter (with attachments) to Rupa Bhattcharyya, U.S. Department of Justice, dated December 28, 2012 | |
| 36. | | | | Defendant Charles Eric Broughton's Federal Protective Service Report, dated December 20, 2012 | |
| 37. | | | | | |

PAGE 3 OF 3 PAGES