CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2013, on the dates and by the

methods of service noted below, a true and correct copy of the foregoing

was served on the following at their last known addresses:

Served Electronically by CM/ECF:

William A. Harrison @ wharrison@hamlaw.net
          Attorney for Defendant Charles Eric Broughton

          DATED:     Honolulu, Hawaii, September 23, 2013.


                              By /s/ ELENA KAUI YAMANE
                                  ELENA KAU`I YAMANE
                                  Deputy Prosecuting Attorney
                                  City and County of Honolulu