KEITH M. KANESHIRO  2027
Prosecuting Attorney
ELENA KAUI YAMANE 9414
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street
Honolulu, Hawaii  96813
Ph:  (808) 768-7400
Fax: (808) 768-7513
Attorneys for State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII,<br><br>            Plaintiff,<br><br>     v.<br><br>CHARLES ERIC BROUGHTON,<br>also known as Eric Broughton,<br><br>            Defendant. | CR. NO. 13-00415 HG<br><br><br>STATE OF HAWAII'S WITNESS LIST; CERTIFICATE OF SERVICE |

STATE OF HAWAII'S WITNESS LIST

The STATE OF HAWAII, by ELENA KAUI YAMANE, Deputy Prosecuting Attorney, City and County of Honolulu, State of Hawaiʻi, submits the attached witness list for trial of the above-entitled matter.  The prosecution reserves the right to supplement this witness and exhibit list prior to the close of evidence.

DATED:  Honolulu, Hawaii, September 23, 2013.

2

      Respectfully Submitted,
      STATE OF HAWAII
      By: KEITH M. KANESHIRO
         Prosecuting Attorney

           <u>/s/ ELENA KAUI YAMANE</u>
           ELENA KAU`I YAMANE
           Deputy Prosecuting Attorney
           City and County of Honolulu

## STATE OF HAWAII'S WITNESS LIST

The following is a list of names of people who may be called as witnesses by the State of Hawaii ("State") or may simply be mentioned in association with this case:

1. Mario Ybarra
2. Wendy Ybarra
3. Brian Thacker
4. Barney Ho, Department of Defense
5. Andrew Cavanaugh, United States Army
6. Jeffrey Bowman, United States Army
7. Garfield Douse, United States Army
8. Detective Rommel Baysa, Honolulu Police Department ("HPD")
9. Officer Shawn Akau, HPD
10. HPD Authorized Representative or Custodian of Records, Disbatch-Communications Division
11. Any Federal Protective Service Officer or Custodian of Records necessary to introduce any exhibit or evidence
12. Ivan Pabon, Federal Law Enforcement Training Center
13. Any Federal Law Enforcement Training Center employee or Custodian of Records necessary to introduce any exhibit or evidence
14. Any witness useful to the State to rebut Defendant's defense, if any.
15. All persons listed in police reports provided in discovery to Defendant.
16. All persons given in discovery to Defendant.
17. Any person named in Defendant's witness list or called to testify on behalf of Defendant

18. Any person needed to introduce a statement or exhibit.

19. Any person needed to rebut a defense expert.

20. Any person necessary to establish the "foundation" for any exhibit or evidence.