# MINUTE ORDER

CASE NUMBER:     CR NO. 13-00415HG

CASE NAME:       State of Hawaii vs. Charles Eric Broughton, aka Eric Broughton

ATTYS FOR PLA:   Elena Kaui Yamane, Esquire
                 Keith M. Kaneshiro, Esquire
                 Janice T. Futa, Esquire

ATTY FOR DEFT:   William A. Harrison, Esquire

---

JUDGE:   Helen Gillmor

DATE:    September 25, 2013

---

COURT ACTION:    HEARING REGARDING:

MOTION TO DISMISS [ECF No. 21]

EX PARTE MOTION FOR ORDER PERMITTING STATE OF HAWAII TO EXTEND TIME TO ANSWER DEFENDANT'S MOTION TO DISMISS [ECF No. 23]

OUTSTANDING DISCOVERY ISSUES

A Hearing will be held on October 2, 2013, at 2:00 p.m., before Judge Helen Gillmor.

Submitted by Leslie L. Sai, Courtroom Manager