# MINUTES

|  |  |
|---|---|
| CASE NUMBER: | CR NO. 13-00415HG |
| CASE NAME: | State of Hawaii Vs. Charles Eric Broughton, aka Eric Broughton |
| ATTYS FOR PLA: | E. Kau'i Yamane, Deputy Prosecuting Attorney |
| ATTYS FOR DEFT: | William A. Harrison, Esquire |

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Debra Chun |
| DATE: | 10/02/2013 | TIME: | 2:10pm-2:55pm |

COURT ACTION:     EP:  MOTION TO DISMISS [ECF No. 21]

EX PARTE MOTION FOR ORDER PERMITTING STATE OF HAWAII TO EXTEND TIME TO ANSWER DEFENDANT'S MOTION TO DISMISS [ECF No. 23]

OUTSTANDING DISCOVERY ISSUES

Defendant present telephonically, not in custody.

Oral Discussion Held.

This Court Hearing is continued to Tuesday, October 8, 2013 at 10:30 a.m. before the Honorable Helen Gillmor.

The State may file an Application to Subpoena documents in the possession of the United States Federal Protective Service by October 8, 2013, if the issues have not been resolved through consultation of the Parties.

Submitted by Leslie L. Sai, Courtroom Manager