# MINUTES

CASE NUMBER:      CR NO. 13-00415HG

CASE NAME:        STATE OF HAWAII v. CHARLES ERIC BROUGHTON, aka
                  Eric Broughton

ATTY FOR PLA:     E. Kau'i Yamana, Esq.

ATTY FOR DEFT:    William A. Harrison, Esq.

---

JUDGE:    Richard L. Puglisi          REPORTER:    FTR - C6

DATE:     October 7, 2013            TIME:        2:09 p.m. - 2:14 p.m.

---

COURT ACTION:  EP:    CRIMINAL FINAL PRETRIAL CONFERENCE

Defendant is not present, not in custody.  Defense counsel's oral request to waive defendant's presence is GRANTED.

Jury Trial before Judge Helen Gillmor on October 29, 2013 at 9:00.a.m.

Representations by counsel on trial time:  (2 days total)

Pursuant to counsel's request and agreement, the following dates have been modified:

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants:

1.    Fed. R. Evid. 404(b) : October 2, 2013
2.    a.    Motions in Limine filed and served by: October 15, 2013
      b.    Memoranda in opposition to motions in limine filed and served by: October 21, 2013
3.    Brady and Giglio Material by: October 9, 2013
4.    a.    Jury Instructions exchanged by October 15, 2013.
      d.    Filings required by 4(b) & (c)  by: October 21, 2013
5.    Witness Lists per stipulation by October 15, 2013.
6.    Exhibits
      a.    Parties will exchange exhibits.
      b.    Trial Exhibits-Original and two copies are to be submitted by Monday, October 21, 2013. The Trial Exhibits are to be Tabbed and place in Three Ring binders. The Three Ring Binders shall not exceed the width of the ring such that the Court and the Witness can turn the pages freely.

7.	<u>Stipulations</u>: In writing and filed by October 21, 2013.
8.	<u>Voir Dire Questions</u>: In writing by October 21, 2013.
9.	<u>Trial Briefs</u>: by October 21, 2013.
10.	<u>Jencks Disclosures</u> by the Friday before trial
11.	<u>Other Matters</u>:
12.	<u>Pretrial Conference</u> before HG at 8:30am on October 18, 2013.


Submitted by: Mary Feria, Courtroom Manager

CR NO. 13-00415HG;
United States of America Vs. Charles Eric Broughton, aka Eric Broughton;
Final Pretrial Conference Minutes
10/07/2013