# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 13-00415HG |
| CASE NAME: | State of Hawaii Vs. Charles Eric Broughton, aka Eric Broughton |
| ATTYS FOR PLA: | E. Kau'i Yamane, Deputy Prosecuting Attorney |
| ATTYS FOR DEFT: | William A. Harrison, Esquire |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Cynthia Ott |
| DATE: | 10/08/2013 | TIME: | 10:40am-11:12am |

COURT ACTION:   EP: CONTINUED HEARING/STATUS CONFERENCE

MOTION TO DISMISS [ECF No. 21]

EX PARTE MOTION FOR ORDER PERMITTING STATE OF HAWAII TO EXTEND TIME TO ANSWER DEFENDANT'S MOTION TO DISMISS [ECF No. 23]

OUTSTANDING DISCOVERY ISSUES

Defendant present telephonically, not in custody.

Oral Discussion Held.

Attorney for the State of Hawaii stated that she had received discovery and is prepared to respond to Defendant's Motion to Dismiss (ECF No. 21).

The State's Ex Parte Motion for Order Permitting State of Hawaii to Extend Time to Answer Defendant's Motion to Dismiss (ECF No. 23) is **GRANTED.** The State's Opposition to the Motion to Dismiss shall be filed by Friday, October 11, 2013. Defendant's Reply shall be filed by Thursday, October 17, 2013.

Defendant has no objection to the Court holding the hearing on the Motion for Dismissal based on Supremacy Clause immunity simultaneously with the presentation of evidence at

Trial, on Tuesday, October 29, 2013 at 9:00 a.m.

The State anticipates that it will call four witnesses. Defendant anticipates that it will call three witnesses.

The Final PreTrial Conference, previously set for Friday, October 18, 2013 at 8:30 a.m., is moved to 10:00 a.m. on the same date. Defendant is ordered to be present, in person, at the Final PreTrial Conference. Defendant's Oral Request to Waive Jury Trial will be addressed at the Final PreTrial Conference.

The Court **AMENDS** the Deadlines that were set at the October 7, 2013 Final PreTrial Conference (ECF No. 29) before the Criminal Duty Magistrate Judge, as follows:

> Motions in Limine are to be filed by Friday, October 11, 2013.
>
> Memoranda in Opposition to Motions in Limine are to be filed by Tuesday, October 15, 2013.
>
> Trial Exhibits are to be submitted by Tuesday, October 15, 2013.
>
> Stipulations are to be in writing and filed by Tuesday, October 15, 2013.
>
> Trial briefs are to be filed by Tuesday, October 15, 2013.

Submitted by Leslie L. Sai, Courtroom Manager