Office of the Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 Ala Moana Blvd., Rm. C-338
Honolulu, Hawaii 96850
Ph. 541-1300

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TO:**   Counsel

**FROM:**   Leslie Sai, Courtroom Manager

**DATE:**   10/09/2013

**RE:**   Realtime Court Reporting Services
CR NO. 13-00415HG State of Hawaii Vs. Charles E. Broughton on 10/29/2013

The Judges of the United States District Court have requested that real-time reporting services be provided to them during evidentiary hearings involving the taking of testimony from a live witness.

In order to provide the Court with an accurate and more useful realtime record of proceedings, counsel is directed to submit the following information to the courtroom manager no later than six (6) days before the hearing date:

1. Names of parties and attorneys to the action;
2. Witness list-State of Hawaii has filed a Witness List on 9/23/2013 [25]
3. Exhibit list-State of Hawaii has filed a Exhibit List on 9//23/2013. [24]

The information will be shared with the court reporter to enable them to program computers with steno outlines unique to your personal case.

Thank you.

cc:   Debra Chun, Court Reporter Supervisor
IT Director