**ORIGINAL**

Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON   # 2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii 96813
Telephone Number: 523-7041
Facsimile Number: 538-7579
E-Mail: wharrison@hamlaw.net

Attorney for Defendant
CHARLES ERIC BROUGHTON

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 09 2013

at 4 o'clock and 15 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAI'I, | CR. NO. Cr. No. : 13-00415 HG |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR TRANSFER OF FIREARMS HELD BY THE HONOLULU POLICE DEPARTMENT TO THE UNITED STATES MARSHAL** |
| CHARLES ERIC BROUGHTON, Also known as Eric Broughton, | |
| Defendant. | |

**STIPULATION AND ORDER FOR TRANSFER OF FIREARMS
HELD BY THE HONOLULU POLICE DEPARTMENT TO THE
UNITED STATES MARSHAL**

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel that CHARLES ERIC BROUGHTON'S personal

firearms which consist of four handguns, a rifle and shotgun currently held by Honolulu Police Department ("HPD") shall be transferred to the United States Marshal for safekeeping during the pendency of this matter.

Dated: Honolulu, Hawaii, October ___2___, 2013.

_____
ELENA KAU'I YAMANE
Attorney for
STATE OF HAWAII

_____
WILLIAM A. HARRISON
Attorney for Defendant
CHARELS ERIC BROUGHTON

APPROVED AND SO ORDERED:

_____
HONORABLE HELEN GILLMOR
UNITED STATES DISTRICT JUDGE

State of Hawaii v. CHARLES ERIC BROUGHTON; Cr. No. 13- 00415HG; First Circuit Court Cr. No.: 13-1-00387; STIPULATION AND ORDER FOR TRANSFER OF FIREARMS HELD BY THE HONOLULU POLICE DEPARTMENT TO THE UNITED STATES MARSHALL