IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STATE OF HAWAI'I, ) | CR. 13-00415 HG |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| CHARLES ERIC BROUGHTON, ) | |
| Also known as Eric Broughton, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2013, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically by CM/ECF:

William A. Harrison @ wharrison@hamlaw.net
    Attorney for Defendant Charles Eric Broughton

                                                   By /s/ Elena Kaui Yamane
                                                       ELENA KAU'I YAMANE
                                                       Deputy Prosecuting Attorney
                                                       City and County of Honolulu