| **STATE OF HAWAII**<br>DISTRICT COURT FOR THE<br>DISTRICT OF HAWAII | **EXHIBIT LIST** | CASE NUMBER<br><br>**Cr. No. 13-00415 HG** |
|---|---|---|

| PLAINTIFF<br><br>STATE OF HAWAII | PLAINTIFF ATTORNEY (Name, Address and Tel. No.)<br><br>**ELENA KAUI YAMANE  #9414**<br>Department of the Prosecuting Attorney<br>City and County of Honolulu<br>1060 Richards Street, 10th Floor<br>Honolulu, Hawaii  96813<br>Telephone No.:  768-7495 |
|---|---|
| DEFENDANT<br><br>CHARLES ERIC BROUGHTON aka ERIC BROUGHTON | DEFENDANT ATTORNEY (Name, Address and Tel. No.)<br><br>**WILLIAM A. HARRISON  #2948**<br>Harrison & Matsuoka<br>841 Bishop Street, Suite 800<br>Honolulu, Hawaii  96813<br>Telephone No.:  523-7041 |

| DATE OF TRIAL OR HEARING<br>October 29, 2013 | DATE JUDGMENT FILED | PREPARING CLERK | DIVISION |
|---|---|---|---|

| EXHIBIT NO.<br>IDENTIFY<br>NO. CODE<br><br>__ PLAINTIFF<br>X DEFENDANT | OFFERED FOR IDENTIFICATION | RECEIVED IN EVIDENCE | WITHDRAWN | DESCRIPTION OF EXHIBIT | DATE<br>R = RETURNED<br>D = DESTROYED<br>OTHER COMMENTS |
|---|---|---|---|---|---|
| A. | | | | Honolulu Police Report  Number 12-460653 | |
| B. | | | | Taped Interview of Charles Eric Broughton (66 p.) | |
| C. | | | | Taped Interview of Mario Ybarra (53 p.) | |
| D. | | | | Taped Interview of Wendy Ybarra (40 p.) | |
| E. | | | | Taped Interview of Garfield Douse (18 p.) | |
| F. | | | | Taped Interview of Jeffrey Bowman (21 p.) | |
| G. | | | | Grand Jury Transcript Dated 03/19/2013 | |
| H. | | | | Federal Protective Services Firearms Policy Directive | |
| I. | | | | National Protection and Programs Directorate (FPS Firearms & Intermediate Weapons Manual) | |

**FOR OFFICE USE ONLY**

**LOCATION OF EXHIBITS**

☐ Attached

☐ Shelf No. _____

☐ Code No. _____

☐ Other _____

_____

| DATE | RECEIVED | PAGE____1_____<br><br>OF _____2_____ PAGES |
|---|---|---|

| **STATE OF HAWAII**<br>DISTRICT COURT FOR THE<br>DISTRICT OF HAWAII | **EXHIBIT LIST**<br>**CONTINUATION SHEET** | CASE NUMBER<br><br>**Cr. No. 13-00415 HG** |
|---|---|---|

| EXHIBIT NO.<br>IDENTIFY<br>NO. CODE<br><br>\_\_ PLAINTIFF<br><br>X DEFENDANT | OFFERED FOR IDENTIFICATION | RECEIVED IN EVIDENCE | WITHDRAWN | DESCRIPTION OF EXHIBIT | DATE<br>R = RETURNED<br>D = DESTROYED<br>OTHER COMMENTS |
|---|---|---|---|---|---|
| J. | | | | FPS Use of Force Regulations | |
| K. | | | | National Protection and Programs Directorate (FPS Use of Force Manual 1/2011) | |
| L. | | | | Photographs of Broughton sitting in his FPS marked vehicle<br>L1 – holding weapon<br>L2 – holding weapon at a different angle<br>L3 – photo of vest<br>L4 – holding weapon with arms blocking | |
| M. | | | | Photographed of Broughton's FPS vehicle | |
| N. | | | | Audio recording #1, Federal Protective Service Megacenter, Attached 4(a) | |
| O. | | | | Audio recording #2, Federal Protective Service Megacenter, Attached 4(b) | |
| P. | | | | Audio recording #3, Federal Protective Service Megacenter, Attached 4 (c) | |
| Q. | | | | Audio recording #4, Federal Protective Service Megacenter, Attached 4(d) | |
| R. | | | | Audio recording #5, Federal Protective Service Megacenter, Attached 4(e) | |
| S. | | | | Audio recording #6, Federal Protective Service Megacenter, Attached (4f) | |

**FOR OFFICE USE ONLY**

**LOCATION OF EXHIBITS**

☐ Attached          ☐ Other _____

☐ Shelf No. _____          _____

☐ Code No. _____

| DATE | RECEIVED | |
|---|---|---|
| | | PAGE\_\_\_2_____<br><br>OF _____2\_\_\_\_\_ PAGES |