# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served upon the following parties listed below via hand-delivery and/or ECF at their last-known addresses on the date of filing.

      KEITH KANESHIRO, ESQ.
      Prosecuting Attorney
      DEPARTMENT OF THE PROSECUTING ATTORNEY
      ELENA KAU'I YAMANE
      Deputy Prosecuting Attorney
      City and County of Honolulu
      State of Hawaii
      9th & 10th Floors
      Alii Place
      1060 Richards Street
      Honolulu, Hawaii  96813

Dated:  Honolulu, Hawaii, October 15, 2013.


Law Offices Of:
HARRISON & MATSUOKA

                                        /s/ William A. Harrison
                                        WILLIAM A. HARRISON Attorney
                                        for Defendant:
                                        CHARLES ERIC BROUGHTON