Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON    #2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii  96813
Telephone Number:   523-7041
Facsimile Number:  538-7579
E-Mail:  wharrison@hamlaw.net

Attorney for Defendant
CHARLES ERIC BROUGHTON
aka Eric Broughton

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAI'I, | ) CR. NO. 13-00415 HG |
| | ) |
| Plaintiff, | ) **DEFENDANT CHARLES ERIC** |
| | ) **BROUGHTON aka ERIC** |
| vs. | ) **BROUGHTON'S WITNESS LIST;** |
| | ) **CERTIFICATE OF SERVICE** |
| CHARLES ERIC BROUGHTON, | ) |
| Also known as Eric Broughton, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT CHARLES ERIC BROUGHTON
aka ERIC BROUGHTON'S WITNESS LIST**

1. IVAN PABON, JR.

2. CHARLES ERIC BROUGHTON aka ERIC BROUGHTON

3. All witnesses listed in the discovery provided.

    4.  Any additional witnesses necessary for rebuttal.

    5.  Any and all witnesses listed by the State of Hawaii or any other party in this case.

DATED:  Honolulu, Hawaii, October 15, 2013.

Law Offices Of:
HARRISON & MATSUOKA            /s/William A. Harrison
                                                     WILLIAM A. HARRISON
                                                     CHARLES ERIC BROUGHTON
                                                     aka Eric Broughton