KEITH M. KANESHIRO  2027
Prosecuting Attorney
JANICE T. FUTA   1765
Chief, Felony Trials Division
ELENA KAUI YAMANE 9414
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street
Honolulu, Hawaii  96813
Ph:  (808) 768-7400
Fax: (808) 768-7513
Email: eyamane1@honolulu.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES ERIC BROUGHTON,<br>also known as Eric Broughton,<br><br>　　　　　Defendant. | CR. NO. 13-00415 HG<br><br><br><br><br>STATE OF HAWAII'S AMENDED EXHIBIT LIST; CERTIFICATE OF SERVICE |

STATE OF HAWAII'S AMENDED EXHIBIT LIST

　　The STATE OF HAWAII, by ELENA KAUI YAMANE, Deputy

Prosecuting Attorney, City and County of Honolulu, State of Hawai'i,

submits the attached amended exhibit list for trial of the above-entitled

matter. The prosecution reserves the right to supplement this exhibit list prior to the close of evidence.

DATED: Honolulu, Hawaii, October 15, 2013.

>Respectfully Submitted,
>STATE OF HAWAII
>By: KEITH M. KANESHIRO
>   Prosecuting Attorney
>
> /s/ ELENA KAUI YAMANE
>ELENA KAU`I YAMANE
>Deputy Prosecuting Attorney
>City and County of Honolulu

2