KEITH M. KANESHIRO  2027
Prosecuting Attorney
JANICE T. FUTA   1765
Chief, Felony Trials Division
ELENA KAUI YAMANE 9414
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street
Honolulu, Hawaii  96813
Ph:  (808) 768-7400
Fax: (808) 768-7513
Email: eyamane1@honolulu.gov

Attorneys for State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII,<br><br>  Plaintiff,<br><br>  v.<br><br>CHARLES ERIC BROUGHTON,<br>also known as Eric Broughton,<br><br>  Defendant. | CR. NO. 13-00415 HG<br><br><br>STATE OF HAWAII'S AMENDED WITNESS LIST; CERTIFICATE OF SERVICE |

<u>STATE OF HAWAII'S AMENDED WITNESS LIST</u>

The STATE OF HAWAII, by ELENA KAUI YAMANE, Deputy Prosecuting

Attorney, City and County of Honolulu, State of Hawaiʻi, submits the attached

witness list for trial of the above-entitled matter.  The prosecution reserves the right to supplement this witness list prior to the close of evidence.

    DATED:  Honolulu, Hawaii, October 15, 2013.

                                  Respectfully Submitted,
                                  STATE OF HAWAII
                                  By: KEITH M. KANESHIRO
                                      Prosecuting Attorney

                                      <u>/s/ ELENA KAUI YAMANE</u>
                                      ELENA KAU`I YAMANE
                                      Deputy Prosecuting Attorney
                                      City and County of Honolulu

## STATE OF HAWAII'S WITNESS LIST

The following is a list of names of people who may be called as witnesses by the State of Hawaii ("State") or may simply be mentioned in association with this case:

1. Mario Ybarra
2. Wendy Ybarra
3. Brian Thacker
4. Barney Ho, Department of Defense
5. Andrew Cavanaugh, United States Army
6. Jeffrey Bowman, United States Army
7. Garfield Douse, United States Army
8. Detective Rommel Baysa, Honolulu Police Department ("HPD")
9. Officer Shawn Akau, HPD
10. HPD Authorized Representative or Custodian of Records, Disbatch-Communications Division
11. Any Federal Protective Service Officer or Custodian of Records necessary to introduce any exhibit or evidence
12. Ivan Pabon, Federal Law Enforcement Training Center
13. Dr. Sears, U.S. Army Health Clinic-Schofield Barracks
14. Captain McWorter, U.S. Army Health Clinic-Schofield Barracks
15. Dr. Flipino, U.S. Army Health Clinic-Schofield Barracks
16. Mark Hatori, Federal Protective Service
17. Loren Wilson, Federal Protective Service
18. Any Federal Law Enforcement Training Center employee or Custodian of Records necessary to introduce any exhibit or evidence

19. Any witness useful to the State to rebut Defendant's defense, if any.

20. All persons listed in police reports provided in discovery to Defendant.

21. All persons given in discovery to Defendant.

22. Any person named in Defendant's witness list or called to testify on behalf of Defendant

23. Any person needed to introduce a statement or exhibit.

24. Any person needed to rebut a defense expert.

25. Any person necessary to establish the "foundation" for any exhibit or evidence.