Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON     #2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii  96813
Telephone Number:   523-7041
Facsimile Number:  538-7579
E-Mail:  wharrison@hamlaw.net

Attorney for Defendant
CHARLES ERIC BROUGHTON
aka Eric Broughton

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAI'I, | ) CR. NO. 13-00415 HG |
| | ) |
| Plaintiff, | ) **DEFENDANT CHARLES ERIC** |
| | ) **BROUGHTON'S RESPONSE TO** |
| vs. | ) **THE STATE OF HAWAI'I'S** |
| | ) **MOTION *IN LIMINE*;** |
| CHARLES ERIC BROUGHTON, | ) **CERTIFICATE OF SERVICE** |
| Also known as Eric Broughton, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT CHARLES ERIC BROUGHTON'S RESPONSE TO
THE STATE OF HAWAI'I'S MOTION *IN LIMINE***

Comes now Defendant CHARLES ERIC BROUGHTON, by and through counsel undersigned, and hereby submits his response to the State of Hawai'i's Motion *In limine*.

I.      **RESPONSES**

Commander Broughton addresses the individual requests as follows:

[1]:    **"Prior Bad Acts"**

Commander Broughton is not presently aware of any "prior bad acts" of any prosecution witness, therefore is not seeking to introduce such at trial. However, should any information come to light prior to or during the course of the trial proceedings, defense will notice the State and seek a hearing with the court should the necessity arise.

It is also important to note that the government has a continuing duty to disclose ***all*** exculpatory evidence to the defense. *United States v. Kelly*, 420 F.2d 26 (2nd. Cir. 1969). Accordingly, should the State later provide the defense *Brady* and/or *Gigglio* material regarding any prosecution witness, the defense will request a hearing with the court as to relevancy and use.

[2]:    **"Specific Instances of Aggressive Conduct"**

Commander Broughton is not presently aware of any "specific instances of aggressive conduct" (other than the specific instances of the conduct of Mario Ybarra previously alleged herein) of any prosecution witness, therefore is not seeking to introduce such at trial. However, should any information come to light prior to or during the course of the trial proceedings, defense will notice the State and seek a hearing with the court should the necessity arise. Additionally, should the State later

offer the defense *Brady* and/or *Gigglio* material regarding any prosecution witness the defense will request a hearing with the court as to relevancy and use.

### [3]: "Specific Instances of Conduct of Untruthfulness"

Commander Broughton is not presently aware of any "specific instances of conduct of untruthfulness" (other than the specific instances of the conduct of Mario Ybarra previously alleged herein) of any prosecution witness, therefore is not seeking to introduce such at trial. However, should any information come to light prior to or during the course of the trial proceedings, defense will notice the State and seek a hearing with the court should the necessity arise. Additionally, should the State later offer the defense *Brady* and/or *Gigglio* material regarding any prosecution witness the defense will request a hearing with the court as to relevancy and use.

### [4]: "Prior Criminal Record" Evidence

Commander Broughton is not presently aware of any "prior criminal record evidence" of any prosecution witness, therefore is not seeking to introduce such at trial. However, should any information come to light prior to or during the course of the trial proceedings, defense will notice the State and seek a hearing with the court should the necessity arise. Additionally, should the State later offer the defense *Brady* and/or *Gigglio* material regarding any prosecution witness the defense will request a hearing with the court as to relevancy and use.

### [5]: "Discovery"

The defense has provided the State will all relevant Rule 16 evidence in its

possession regarding this matter.

### [6]:   "Undisclosed Discovery"

The defense has provided the State will all relevant Rule 16 evidence in its possession regarding this matter. The defense has noted its objections to the State obtaining Commander Broughton's personnel file on relevance grounds and maintains its position in this regard.

### [7]:   "Disclosure of Defenses"

All defenses required to be disclosed to the State have so been disclosed.

### [8], [9], [10], [11], [12] and [13]:   "Remaining Requests"

Defendant does not believe the remaining requests are relevant to the proceeding herein. Counsel understands his professional and ethical responsibilities and duties. Counsel expects that all parties will adhere to those standards.

## II.   **CONCLUSION**

Defendant requests a reciprocal order requiring the State to adhere to and abide by the same requests sought from defendant herein.

DATED:  Honolulu, Hawaii, October 15, 2013.

Law Offices Of:
HARRISON & MATSUOKA           /s/William A. Harrison
                              WILLIAM A. HARRISON
                              CHARLES ERIC BROUGHTON
                              aka Eric Broughton