ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, ) | CR NO. 13-00415 HG |
| Plaintiff, ) | |
| vs. ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| ) | OCT 18 2013 |
| CHARLES ERIC BROUGHTON, ) | at 10 o'clock and 16 min a M. |
| Defendant. ) | SUE BEITIA, CLERK |

**WAIVER OF RIGHT TO TRIAL BY JURY**

The Court has advised me of my right to trial by jury. I hereby waive (give up) my right to trial by jury.

DATED: October 18, 2013, at Honolulu, Hawaii.

CHARLES ERIC BROUGHTON
Defendant

WILLIAM A. HARRISON
Attorney for Defendant

CONSENTED TO BY THE STATE OF HAWAII:
KEITH M. KANESHIRO
Prosecuting Attorney

E. KAU'I YAMANE
Deputy Prosecuting Attorney