IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAI'I, | ) CR. NO. 13-00415 HG |
| Plaintiff, | ) **VERDICT FORM** |
| vs. | ) |
| CHARLES ERIC BROUGHTON, Also known as Eric Broughton, | ) |
| Defendant. | ) |

## **VERDICT FORM**

The court finds the defendant:

_____  Not Guilty of Terroristic Threatening in the First Degree; or

_____  Guilty of Terroristic Threatening in the First Degree.

Dated: Honolulu, Hawai'i, October \_\_\_\_, 2013.

_____
HONORABLE HELEN GILLMOR
UNITED STATES DISTRICT COURT JUDGE