FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 25 2013

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, | )  CR. 13-00415 HG |
| | )  Proposed |
| vs. | )  PROTECTIVE ORDER PERTAINING TO |
| CHARLES ERIC BROUGHTON, | )  DISCOVERY MATERIALS |
| Also known as Eric Broughton, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Proposed PROTECTIVE ORDER PERTAINING TO DISCOVERY MATERIALS

Upon motion of the United States, the Court being advised as to the nature of this

case, and there being no objection by the parties, it is hereby

ORDERED that pursuant to Rule 16(d)(1), Federal Rules of Criminal Procedure,

and with regard to government discovery documents described below (hereafter,

"described material"), defense counsel not reproduce or disseminate to the defendant or to

third parties, or allow the defendant or any third party not involved in preparation for trial

to have unsupervised access to the described material.  The "described material" consists

of lessons plans and other training materials developed by the Federal Law Enforcement

Training Center (FLETC) that contain significant portions that are "Law Enforcement

Sensitive".

IT IS FURTHER ORDERED that copies of the described material may only be

provided to those persons employed by the attorneys of record who are necessary to assist

counsel of record in preparation for trial or other proceedings in the case, and that counsel

ensure that any such persons are aware of this order.

IT IS FURTHER ORDERED that if there is a portion of the described material that defense counsel believes should be an exception to this Protective Order, that the parties meet and confer and then seek guidance from this Court, if necessary. The parties shall advise the Court by letter of any exceptions made to the protective order.

IT IS FURTHER ORDERED that pursuant to Rule 6(e)(3)(E)(i), Federal Rules of Criminal Procedure, the government is authorized to disclose to defendant's attorney of record transcripts of testimony, records and documents received by the federal grand jury during the investigation of this matter. The materials are not to be revealed by the defendant's attorney of record and his support team to anyone else with the exception of the defendant and those persons employed by the attorney who are necessary to assist counsel in preparation for trial.

DATED this _____ day of October, 2013.


                                        _____
                                        HELEN GILLMOR
                                        United States District Judge

Presented by:

_____
E. KAUI YAMANE, 9414
Deputy Prosecuting Attorney
City & County of Honolulu
State of Hawaii