```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF HAWAII

STATE OF HAWAII,              )    CR NO. 13-00415 HG
                              )
        Plaintiff,            )
                              )
    vs.                       )
                              )
                              )
CHARLES ERIC BROUGHTON,       )
                              )
        Defendant.            )
                              )
_____)
```

**PROTECTIVE ORDER PERTAINING TO DISCOVERY MATERIAL
AND GRAND JURY TESTIMONY**

Upon motion of the State of Hawaii, the Court being advised as to the nature of this case, the Court finds good cause, and there being no objection by the parties, it is hereby

ORDERED that pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, with regard to government discovery documents described below (hereafter, "described material"), defense counsel shall not reproduce or disseminate to the defendant or to third parties, or allow the defendant or any third party not involved in preparation for trial to have unsupervised access to the described material. The "described material" consists of lesson plans and other training materials developed by the Federal Law Enforcement Training Center (FLETC) that contain significant portions that are "Law Enforcement Sensitive."

IT IS FURTHER ORDERED that copies of the described material may only be provided to those persons employed by the attorneys of record who are necessary to assist counsel of record in preparation for trial or other proceedings in the case, and that counsel ensure that any such persons are aware of this Order.

IT IS FURTHER ORDERED, the Court having found a particularized need for disclosure to the Defendant of relevant grand jury testimony, pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, the State of Hawaii is authorized to disclose to defendant's attorney of record transcripts of testimony, records and documents received by the state grand jury during the investigation of this matter. The materials are not to be revealed by the defendant's attorney of record and his support team to anyone else with the exception of the defendant and those persons employed by the attorney who are necessary to assist counsel in preparation for trial.

DATED: October 25, 2013, at Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge

State of Hawaii v. Charles Eric Broughton, Cr. No. 13-00415HG; **PROTECTIVE ORDER PERTAINING TO DISCOVERY MATERIALS AND GRAND JURY TESTIMONY**