KEITH M. KANESHIRO   2027
Prosecuting Attorney
JANICE T. FUTA   1765
Chief, Felony Trials Division
ELENA KAUʻI YAMANE   9414
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street
Honolulu, Hawaiʻi  96813
Telephone:  (808) 768-7495
Fax No.:  (808) 768-6436
Email:  eyamane1@honolulu.gov

Attorneys for State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STATE OF HAWAII, | ) | CR. 13-00415 HG |
| | ) | |
| Plaintiff, | ) | STATE OF HAWAII'S MOTION TO |
| | ) | CONTINUE TRIAL WEEK; |
| vs. | ) | DECLARATION OF ELENA KAUI |
| | ) | YAMANE; EXHIBIT "A"; |
| CHARLES ERIC BROUGHTON, | ) | CERTIFICATE OF SERVICE |
| Also known as Eric Broughton, | ) | |
| | ) | TRIAL: |
| Defendant. | ) | Date:   October 29, 2013 |
| | ) | Judge:  Helen Gilimor |

### STATE OF HAWAII'S MOTION TO CONTINUE TRIAL WEEK

Comes now the State of Hawaii, by and through ELENA KAUI

YAMANE, Deputy Prosecuting Attorney, City and County of Honolulu,

State of Hawaii, and moves this Honorable Court for an order to continue

the Trial Week in the above-entitled cause, now scheduled for October 29,

2

2013. The motion is made pursuant to Rule 47 of the Federal Rules of Criminal Procedure; and is based on the declaration attached hereto; the records, files, and pleadings herein; and any further arguments adduced at the hearing hereon.

Dated at Honolulu, Hawaiʻi:   October 28, 2013.

>By  /s/ Elena Kaui Yamane
>ELENA KAU`I YAMANE
>Deputy Prosecuting Attorney
>City and County of Honolulu