IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STATE OF HAWAIʻI, ) | CR. 13-00415 HG |
| ) | |
| Plaintiff, ) | |
| ) | DECLARATION OF ELENA KAUI |
| vs. ) | YAMANE |
| ) | |
| CHARLES ERIC BROUGHTON, ) | |
| Also known as Eric Broughton, ) | |
| ) | |
| Defendant. ) | |
| ) | |

DECLARATION OF COUNSEL

I, ELENA KAUI YAMANE, declare that:

1. I am the Deputy Prosecuting Attorney for the City and County of Honolulu, State of Hawaii, assigned to the above-entitled case.

2. This case is presently set for jury-waived trial on October 29, 2013.

3. Mario Ybarra is the State of Hawaii's complaining witness in the above mentioned case.

4. On October 28, 2013, at approximately 11:00 a.m., Declarant made a telephone call to Mario and Wendy Ybarra.

5. Declarant was informed by Wendy Ybarra that Mario Ybarra was at the Intensive Care Unit at Tripler Medical Hospital since Saturday, October 26, 2013.

6. Declarant was also informed by Wendy Ybarra that Mario Ybarra had been intubated at Tripler Medical Hospital.

7. Declarant was informed by Wendy Ybarra that Mario Ybarra was supposed to be released from Tripler Medical Hospital on October 28, 2013.

8. Declarant was informed by Wendy Ybarra that she was going to Tripler Medical Hospital and would inform Declarant of Mario Ybarra's medical release status.

9. Declarant telephoned Leslie Sai, Judge Helen Gillmor's courtroom manager to inform the Court that Mario Ybarra was in the hospital.

10. Declarant also telephoned William Harrison, Esq. to inform him that Mario Ybarra was presently in Tripler Medical Hospital.

11. Declarant telephoned Wendy Ybarra to inquire about medical status of Mario Ybarra.

12. Declarant was informed by Wendy Ybarra that Mario Ybarra would not be released from Tripler Medical Hospital on October 28, 2013.

13. Declarant was informed by Wendy Ybarra that she was unsure when Mario Ybarra would be released from Tripler Medical Hospital.

14. Declarant telephoned Leslie Sai and William Harrison to inform them of Mario Ybarra's medical status and Declarant's intention to make a motion to continue the trial date.

15. Declarant is unable to communicate directly with Mario Ybarra's treating physician at the Intensive Care Unit at Tripler Medical Hospital due to Health Insurance Portability and Accountability Act of 1996 (hereinafter "HIPAA").

16. Declarant was able to communicate with Rey Dinulong, a Senior Nurse Case Manager at Warrior Transition Unit, Schofield Barracks.

17. Declarant was informed by Rey Dinulong that Mario Ybarra had been transferred out of Intensive Care Unit on October 28, 2013.

18. Declarant was informed by Rey Dinulong that due to HIPAA he could not discuss Mario Ybarra's medical diagnosis.

19. Declarant was also informed by Rey Dinulong that Mario Ybarra's release date from Tripler Medical Center was unknown.  See Exhibit A.

20. Mario Ybarra's testimony and presence at trial is essential to the prosecution in this case as he is the complaining witness of Terroristic Threatening in the First Degree.

21. Mario Ybarra would testify as to each material element of the charge of Terroristic Threatening that occurred on December 20, 2012. Mario Ybarra is the only State of Hawaii witness that can testify to the necessary facts of the Terroristic Threatening in the First Degree Charge. Mario Ybarra would testify that Commander Broughton pointed his firearm at his chest, thus, giving rise to State of Hawaii's Terroristic Threatening in the First Degree charge. Mario Ybarra would testify that when Commander Broughton raised his firearm to his chest that he felt terrorized. The State of Hawaii cannot proceed to trial without Mario Ybarra.

22. Mario Ybarra was served with a federal court subpoena.

23. Declarant met with Mario Ybarra on October 24, 2013.

24. Declarant discussed with Mario Ybarra the trial schedule for October 29, 2013.

25. At no time did State of Hawaii's witness Mario Ybarra indicate any intention other than to appear at the scheduled trial date of October 29, 2013.

26. Declarant has used due diligence in ensuring Mario Ybarra's presence the trial date for October 29, 2013. Mario Ybarra's medical

emergency and subsequent hospitalization was a sudden and unforeseen circumstance.

27. Declarant also respectfully request that the period of the continuance from trial date of October 29, 2013 to the new trial date, be excluded pursuant to *18 U.S.C. § 3161(h)(3)(A)* due to the unavailability of the State of Hawaii's essential witness.

28. There has been one previous continuance.

29. The trial date of June 25, 2013 was continued to present trial date of October 29, 2013.  The Court found that the ends of justice would be served by continuing the trial date and excluded the time period for computation under Speedy Trial Act.  (ECF No. 14).

30. Declarant respectfully requests that the Court continue the current trial date of October 29, 2013.

I, ELENA KAUI YAMANE, declare under penalty of law that the forgoing is true and correct to the best of my knowledge and belief.

Executed on October 28, 2013.

>By  /s/ Elena Kaui Yamane
>        ELENA KAU`I YAMANE