IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STATE OF HAWAIʻI, | ) CR. 13-00415 HG |
| | ) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| CHARLES ERIC BROUGHTON, | ) |
| Also known as Eric Broughton, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2013, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically by CM/ECF:

William A. Harrison @ wharrison@hamlaw.net
    Attorney for Defendant Charles Eric Broughton

                                      By /s/ Elena Kaui Yamane
                                         ELENA KAU`I YAMANE
                                         Deputy Prosecuting Attorney
                                         City and County of Honolulu