# EXHIBIT A

# Yamane, Elena K

| | |
|---|---|
| From: | Dinulong, Reynaldo V CIV USARMY MEDCOM TAMC (US) |
| Sent: | Monday, October 28, 2013 3:15 PM |
| To: | Yamane, Elena K |
| Cc: | Israel, Tasha Q SSG USARMY MEDCOM TAMC (US); Lee, Christine A CPT USARMY (US); Nieves Concepcion, Luis R CPT USARMY MEDCOM TAMC (US); Manning, John L 1SG USARMY USARPAC (US); Dinulong, Reynaldo V CIV USARMY MEDCOM TAMC (US) |
| Subject: | COURT ATTENDANCE (UNCLASSIFIED) |

Classification: UNCLASSIFIED
Caveats: NONE

Hi Elena,

This is to inform you that SGT Mario Ybarra was admitted in Intensive Care Unit on Saturday, 26 Oct 2013. He has been transferred out of the Intensive Care Unit but it is currently unknown when he will be released from the hospital. He is currently incapacitated to attend the court trial scheduled for tomorrow, 29 October 2013. Thank you.

Very respectfully,
Rey Dinulong, MSN/ED, RN, CCM
Senior Nurse Case Manager
Alpha Co., Warrior Transition Unit
Schofield Barracks, HI 96786
Tel:
Fax:

CONFIDENTIALITY NOTICE: This document may contain information covered under the Privacy Act, 5 USC 552(a), and/or the Health Insurance Portability and Accountability Act (PL 104-191) and its various implementing regulations and must be protected in accordance with those provisions. Healthcare information is personal and sensitive and must be treated accordingly. This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient you are hereby notified that any dissemination or copying of this message or any attachment is strictly prohibited. If you have received this message in error, please notify the original sender immediately by return e-mail and delete this message, along with any attachments from your computer.

Classification: UNCLASSIFIED
Caveats: NONE

1