IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAI'I, | ) CR. NO. 13-00415 HG |
| Plaintiff, | ) DECLARATION OF WILLIAM A. HARRISON |
| vs. | ) |
| CHARLES ERIC BROUGHTON, Also known as Eric Broughton, | ) |
| Defendant. | ) |

## DECLARATION OF WILLIAM A. HARRISON

WILLIAM A. HARRISON, being first duly sworn on oath, deposes and says:

1. Declarant is attorney of record for Commander CHARLES ERIC BROUGHTON in the above-captioned matter having been retained by the United States Department of Justice to represent Commander Broughton;

2. Attached hereto as Exhibit "A" is a true and correct table of speedy trial calculations;

3. That the facts contained in the attached opposition are true and correct to best of my information and belief;

I DECLARE UNDER PENALTY OF PERJURY THAT THE

STATEMENTS HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND BELIEF.

                                                /s/ William A. Harrison
                                            WILLIAM A. HARRISON