| From Date | To Date | Notes | Excludable | Not Excludable |
|---|---|---|---|---|
| 03/19/13 | 03/28/13 | Date of filing of Indictment to arraignment date in State court | 9 days | 0 days |
| 03/28/13 | 04/19/13 | Arraignment to filing of notice of removal to federal court | 0 days | 22 days |
| 04/19/13 | 04/22/13 | Notice of removal to first status conference | 0 days | 3 days |
| 04/22/13 | 04/26/13 | First status reset to new status conference | 0 days | 4 days |
| 04/26/13 | 06/25/13 | Further status conference to federal court trial date | 0 days | 60 days |
| 06/25/13 | 10/29/13 | Trial continued to new trial date ~ court deemed time excluded under 18 U.S.C. § 3161 | 126 days | 0 days |
| 10/29/13 | 11/04/13 | Trial continued ~ court deemed time not excluded under 18 U.S.C. § 3161 | 0 days | 6 days |
| **Time elapsed** | | | **135 days** | **95 days** |
| | | **Total time from indictment to present trial setting 230 days** | | |

# EXHIBIT "A"