## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served upon the following parties listed below via hand-delivery and/or ECF at their last-known addresses on the date of filing.

>KEITH KANESHIRO, ESQ.
>Prosecuting Attorney
>DEPARTMENT OF THE PROSECUTING ATTORNEY
>ELENA KAU'I YAMANE
>Deputy Prosecuting Attorney
>City and County of Honolulu
>State of Hawaii
>9th & 10th Floors
>Alii Place
>1060 Richards Street
>Honolulu, Hawaii  96813

Dated:  Honolulu, Hawaii, October 31, 2013.

Law Offices Of:
HARRISON & MATSUOKA

/s/ William A. Harrison
WILLIAM A. HARRISON Attorney
for Defendant:
CHARLES ERIC BROUGHTON