# MINUTES

```
 CASE NUMBER:       CR NO. 13-00415HG

 CASE NAME:         State of Hawaii Vs. Charles Eric Broughton

 ATTYS FOR PLA:     Elena Kaui Yamane, Deputy Prosecuting
                    Attorney

 ATTYS FOR          William A. Harrison, Esquire
 DEFT:
```

---

```
    JUDGE:    Helen Gillmor       REPORTER:    Gloria Bediamol

    DATE:     11/4/2013           TIME:        10:04am-10:30am
```

---

COURT ACTION:      EP: HEARING ON STATE'S MOTION FOR
                   FURTHER CONTINUANCE OF TRIAL DATE

Defendant present telephonically, not in custody.

Oral Discussion Held.

On October 28, 2013, one day prior to the Trial Date, the State of Hawaii filed a MOTION TO CONTINUE TRIAL. (ECF No. 48.) The request for continuance was based on the hospitalization of the Complaining Witness, Mr. Mario Ybarra.

On October 29, 2013, the Court granted a one-week continuance. The matter was continued to November 4, 2013 to allow the State to ascertain when Mr. Ybarra would be able to appear at Trial. (ECF No. 52.)

On October 31, 2013, Defendant filed an Opposition to the State's Motion to Continue. (ECF No. 53.) The Opposition sets forth multiple factors that Defendant claims supports the dismissal of the case with prejudice, including prejudice to Defendant, the apparent reluctance of the prosecution's witnesses, and the State's failure to disclose Mr. Ybarra's prior acts, instances of aggressive conduct, specific instances of untruthfulness, and any evidence of a prior criminal record.

**Mr. Ybarra's Driving Record and Criminal History**
The State represented that it has obtained a copy of Mr. Ybarra's criminal record from the National Crime Information Center ("NCIC"). The State shall provide a copy of the NCIC to Defense Counsel. The State confirmed that Mr. Ybarra pled guilty to a battery charge on April 14, 2005.

The State also confirmed that Mr. Ybarra's Hawaii driving record contains a citation given on March 5, 2013 for speeding, unsafe lane change, and failure to signal. A default judgment was entered on all three charges on August 8, 2013. (Opp. at pg. 8, ECF No. 53.)

The State had not obtained Mr. Ybarra's Missouri Driver's License record. The State is ordered to obtain a copy of Mr. Ybarra's Missouri driving record and provide it to Defense Counsel.

**Mr. Ybarra's Unavailability**
At the hearing on October 29, 2013, the Deputy Prosecuting Attorney represented that she would have contacted Mr. Ybarra and would be prepared to set a Trial Date at the November 4, 2013 Hearing.

The Prosecutor represents that she had, over the last week, repeatedly called Mr. Ybarra to obtain a release that would allow her to speak with his doctor, but he had not returned her calls. The Prosecutor represented that she had spoken with Mrs. Ybarra, requesting the medical release, but one has not been provided.

The Prosecutor states that she was informed by the Witness Advocate of her office that the Advocate had spoken with Mr. Ybarra on November 1, 2013, but was only able to provide Mr. Ybarra's statement that he may be hospitalized again.

The State has not provided a diagnosis or prognosis concerning Mr. Ybarra's medical condition. The State requests an open-ended continuance, until it can ascertain when Mr. Ybarra will be prepared to appear at Trial.

The Court acknowledges the prejudicial nature of an open-ended continuance on the Defendant.

The State is **GRANTED** a further continuance to ascertain the diagnosis and prognosis of Mr. Ybarra's condition, and to establish a Trial Date. The State shall provide the Court with the doctor's report and a written statement requesting the desired Trial Date. A Hearing will be held on Thursday November 14, 2013 at 10:00 a.m. to ascertain when a Trial Date can be set. Defendant may appear telephonically.

**Transfer of Defendant's Personal Firearms to the U.S. Marshal**
Defense Counsel raised the issue of the Defendant's personal firearms. The U.S. Marshal has been unable to obtain Defendant's personal firearms from the Honolulu Police Department, as required by the Stipulation and Order for Transfer of Firearms, docketed on October 9, 2013. (ECF No. 34.)

The Prosecutor is ordered to contact the Honolulu Police Department to obtain the release of the firearms to the U.S. Marshal. If the Honolulu Police Department is unwilling to comply with the Order, Defendant may file a Motion requesting an Order to Show Cause.


Submitted by Leslie L. Sai, Courtroom Manager