# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 05 2013
at 1 o'clock and 40 min. P M
SUE BEITIA, CLERK

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** CR 13-00415 HG |
| **DEFENDANT** CHARLES ERIC BROUGHTON | **TYPE OF PROCESS** Criminal Subpoena |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Custodian of Records, Office of General Counsel, Department of Homeland Security, Federal Protective Service
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
245 Murray Lane SW, Mail Stop 0560, Washington D.C. 20528-0560

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Elena Kaui Yamane, Deputy Prosecuting Attorney
Department of the Prosecuting Attorney
City and County of Honolulu
1060 Richards Street, 10th Floor
Honolulu, Hawaii 96813

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                           Fold

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
ELENA KAUI YAMANE
TELEPHONE NUMBER: 808-768-6436
DATE: 10/8/13

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 22 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 10/9/13 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)
Date
Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| 10 | 2.75 | | 12.75 | | $0.00 |

REMARKS: 10/21/2013
Unable to serve. Need Correct Address

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Charles Eric Broughton | ) | Case No.   13-00415 HG |
| | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Custodian of Records
Office of General Counsel
Department of Homeland Security, Federal Protective Service
245 Murray Lane SW, Mail Stop 0560
Washington D.C. 20528-0560

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>300 Ala Moana Blvd, 4th Floor<br>Honolulu, HI 96813 | Courtroom No.: | Aha Nonoi, Honorable Helen Gillmor |
|---|---|---|---|
| | | Date and Time: | 10/18/2013 1:30 pm |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(1) Any and all firearms and/or use of force incident reports regarding Federal Protective Service Area 9 Commander Charles Eric Broughton' firearms/ use of force incident on December 20, 2012:

(a) Including but not limited to any and all incident reports generated by Department of Homeland Security Office of Inspector General; and
(b) Including but not limited to any and all Federal Protective Service use of force incident report submitted on FPS Form 10 and/or FPS Form 10S and/or otherwise; and

(2) Any and all materials including but not limited to reports and/or findings, and/or minutes, and/or notes, and/or emails, and/or memoranda generated by any incident review committee and/or incident review committee member(s) in conjunction with any hearing and/or review and/or discussion of Commander Charles Eric Broughton' firearms/use of force incident on December 20, 2012.

(3) Any and all Federal Protective service investigation/reports related to Commander Charles Eric Broughton's incident on December 20, 2012.

(SEAL)

Date: OCT 0 8 2013

Lai Geronimo
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* State of Hawaii
, who requests this subpoena, are:

KEITH M. KANESHIRO   2027, Prosecuting Attorney
ELENA KAU'I YAMANE   9414, Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street
Honolulu, Hawaii, 96813
Email: eyamane1@honolulu.gov
PH: (808) 768-7495/ FAX: (808) 768-6436

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: Incorrect address _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Alex Griego
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: