ORIGINAL

| | | |
|---|---|---|
| **STATE OF HAWAII<br>DISTRICT COURT FOR THE<br>DISTRICT OF HAWAII** | **AMENDED EXHIBIT LIST** | **CASE NUMBER**<br>Cr. No. 13-00415 HG |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 04 2013

at ___ o'clock and 30 min. ___ M.
SUE BEITIA, CLERK

| PLAINTIFF | PLAINTIFF ATTORNEY (Name, Address and Tel. No.) |
|---|---|
| STATE OF HAWAII | ELENA KAUI YAMANE #9414<br>Department of the Prosecuting Attorney<br>City and County of Honolulu<br>1060 Richards Street, 10th Floor<br>Honolulu, Hawaii 96813<br>Telephone No.: 768-7495 |
| **DEFENDANT** | **DEFENDANT ATTORNEY (Name, Address and Tel. No.)** |
| CHARLES ERIC BROUGHTON aka ERIC BROUGHTON | WILLIAM A. HARRISON #2948<br>Harrison & Matsuoka<br>841 Bishop Street, Suite 800<br>Honolulu, Hawaii 96813<br>Telephone No.: 523-7041 |

| DATE OF TRIAL OR HEARING | DATE JUDGMENT FILED | PREPARING CLERK | DIVISION |
|---|---|---|---|
| October 29, 2013 | | | |

| EXHIBIT NO. IDENTIFY NO. CODE __ PLAINTIFF X DEFENDANT | OFFERED FOR IDENTIFICATION | RECEIVED IN EVIDENCE | WITHDRAWN | DESCRIPTION OF EXHIBIT | DATE R = RETURNED D = DESTROYED OTHER COMMENTS |
|---|---|---|---|---|---|
| A. | | | | Honolulu Police Report Number 12-460653 | |
| B. | | | | Taped Interview of Charles Eric Broughton (66 p.) | |
| C. | | | | Taped Interview of Mario Ybarra (53 p.) | |
| D. | | | | Taped Interview of Wendy Ybarra (40 p.) | |
| E. | | | | Taped Interview of Garfield Douse (18 p.) | |
| F. | | | | Taped Interview of Jeffrey Bowman (21 p.) | |
| G. | | | | Grand Jury Transcript Dated 03/19/2013 | |
| H. | | | | Federal Protective Services Firearms Policy Directive | |
| I. | | | | National Protection and Programs Directorate (FPS Firearms & Intermediate Weapons Manual) | |

**FOR OFFICE USE ONLY**

**LOCATION OF EXHIBITS**

☐ Attached         ☐ Other _____
☐ Shelf No. _____
☐ Code No. _____

| DATE | RECEIVED | PAGE 1 OF 4 PAGES |
|---|---|---|

| STATE OF HAWAII DISTRICT COURT FOR THE DISTRICT OF HAWAII | AMENDED EXHIBIT LIST CONTINUATION SHEET | CASE NUMBER Cr. No. 13-00415 HG |
|---|---|---|

| EXHIBIT NO. IDENTIFY NO. CODE __ PLAINTIFF X DEFENDANT | OFFERED FOR IDENTIFICATION | RECEIVED IN EVIDENCE | WITHDRAWN | DESCRIPTION OF EXHIBIT | DATE R = RETURNED D = DESTROYED OTHER COMMENTS |
|---|---|---|---|---|---|
| J. | | | | FPS Use of Force Regulations | |
| K. | | | | National Protection and Programs Directorate (FPS Use of Force Manual (1/2011) | |
| L. | | | | Photographs of Broughton Sitting in his FPS Marked Vehicle<br>L1 – holding weapon<br>L2 – holding weapon at a different angle<br>L3 – photo of vest<br>L4 – holding weapon with arms blocking | |
| M. | | | | Photographed of Broughton's FPS Vehicle | |
| N. | | | | Audio recording #1, Federal Protective Service Megacenter, Attached 4(a) | |
| O. | | | | Audio recording #2, Federal Protective Service Megacenter, Attached 4(b) | |
| P. | | | | Audio recording #3, Federal Protective Service Megacenter, Attached 4 (c) | |
| Q. | | | | Audio recording #4, Federal Protective Service Megacenter, Attached 4(d) | |
| R. | | | | Audio recording #5, Federal Protective Service Megacenter, Attached 4(e) | |
| S. | | | | Audio recording #6, Federal Protective Service Megacenter, Attached (4f) | |
| T. | | | | Photographs of Broughton in his FPS Marked Vehicle<br>T1 – Side View of Broughton Holding Firearm | |

**FOR OFFICE USE ONLY**

**LOCATION OF EXHIBITS**

☐ Attached         ☐ Other _____
☐ Shelf No. _____
☐ Code No. _____

| ATE | RECEIVED | PAGE 2 OF 4 PAGES |
|---|---|---|

| STATE OF HAWAII DISTRICT COURT FOR THE DISTRICT OF HAWAII | AMENDED EXHIBIT LIST CONTINUATION SHEET | CASE NUMBER Cr. No. 13-00415 HG |
|---|---|---|

| EXHIBIT NO. IDENTIFY NO. CODE ___ PLAINTIFF X DEFENDANT | OFFERED FOR IDENTIFICATION | RECEIVED IN EVIDENCE | WITHDRAWN | DESCRIPTION OF EXHIBIT | DATE R = RETURNED D = DESTROYED OTHER COMMENTS |
|---|---|---|---|---|---|
| T. | | | | T2 – Side View of Seat<br>T3 – Close Up Side View of Seat<br>T4 – Close Up Front View of Seat<br>T5 – Lower Side View of Seat<br>T6 – Close Up Side View of Seat<br>T7 – Close Up Side View of Broughton Holding Firearm<br>T8 – Side View of Broughton Sitting In His FPS Marked Vehicle<br>T9 – Close Up Front View of Broughton Holding Firearm<br>T10 – Side View of Broughton Holding Firearm<br>T11 – Close Up Side View of Broughton Holding Firearm<br>T12 – Side View of Radio<br>T13 – Close Up Side View of Broughton Holding Firearm<br>T14 – Side View of Broughton Holding Firearm<br>T15 – Front View of Broughton Holding Firearm<br>T16 – Close Up View of Broughton Holding Firearm<br>T17 – Side View of Broughton Holding Firearm<br>T18 – Side View Mirror Reflection of Broughton Holding Firearm<br>T19 – Close Up Side View of Broughton Holding Firearm<br>T20 – Close Up Side View Mirror Reflection of Broughton Holding Firearm<br>T21 – Broughton with Tape Measure<br>T22 – Close Up of Broughton with Tape Measure<br>T23 – Front View of Broughton with Tape Measure<br>T24 – Close Up of Front View of Broughton with Tape Measure<br>T25 – Close Up View of Tape Measure<br>T26 – Side View of Tape Measure<br>T27 – View of Person Standing Next to FPS Vehicle<br>T28 – Close Up View of Person Standing Next to FPS Vehicle<br>T29 – Further View of Person Standing Next to FPS Vehicle<br>T30 – Top View of Person Standing Next to FPS Vehicle<br>T31 – View of Interior of FPS Vehicle with Broughton Holding | |

**FOR OFFICE USE ONLY**

**LOCATION OF EXHIBITS**

☐ Attached      ☐ Other _____

☐ Shelf No. _____

☐ Code No. _____

| DATE | RECEIVED | | |
|---|---|---|---|
| | | PAGE 3 | |
| | | OF 4 PAGES | |

| STATE OF HAWAII DISTRICT COURT FOR THE DISTRICT OF HAWAII | AMENDED EXHIBIT LIST CONTINUATION SHEET | CASE NUMBER Cr. No. 13-00415 HG |
|---|---|---|
| | Firearm<br>T32 – Side View of Broughton Holding Firearm<br>T33 – View of Broughton Displaying Firearm<br>T34 – Side View Mirror Reflection of Broughton Displaying Firearm | |
| | | |
| | | |

**FOR OFFICE USE ONLY**

**LOCATION OF EXHIBITS**

☐ Attached       ☐ Other _____
☐ Shelf No. _____
☐ Code No. _____

| ATE | RECEIVED | |
|---|---|---|
| | | PAGE  4 |
| | | OF  4  PAGES |