KEITH M. KANESHIRO   2027
Prosecuting Attorney
ARMINA A. CHING   3638
First Deputy Prosecuting Attorney
JANICE T. FUTA   1765
Chief, Felony Trials Division
ELENA KAUʻI YAMANE   9414
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street
Honolulu, Hawaiʻi  96813
Telephone:  (808) 768-7495
Fax No.:  (808) 768-6436

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| STATE OF HAWAII, | CR. 13-00415 HG |
|---|---|
| Plaintiff, | MOTION FOR NOLLE PROSEQUI WITHOUT PREJUDICE AS TO DEFENDANT CHARLES ERIC BROUGHTON |
| vs. | |
| CHARLES ERIC BROUGHTON, Also known as Eric Broughton, | |
| Defendant. | |

MOTION FOR NOLLE PROSEQUI
WITHOUT PREJUDICE AS TO DEFENDANT CHARLES ERIC BROUGHTON

Comes now the STATE OF HAWAII and hereby respectfully moves that

this Honorable Court approve a motion for nolle prosequi as to Defendant

CHARLES ERIC BROUGHTON; in the above entitled cause in the interest of justice that the State of Hawaii declines further prosecution herein.

WHEREFORE, it is respectfully prayed that a nolle prosequi as to Defendant CHARLES ERIC BROUGHTON; be entered herein, without prejudice.

Dated at Honolulu, Hawaiʻi:  November 13, 2013.

                          STATE OF HAWAIʻI

                          By KEITH M. KANESHIRO
                              Prosecuting Attorney


                          By  /s/ Armina A. Ching
                              ARMINA A. CHING
                              First Deputy Prosecuting Attorney
                              City and County of Honolulu