# MINUTES

```
 CASE NUMBER:       CR NO. 13-00415HG

 CASE NAME:         State of Hawaii Vs. Charles Eric Broughton

 ATTY FOR PLA:      Elena Kaui Yamane, Deputy Prosecuting
                    Attorney

 ATTY FOR DEFT:     William A. Harrison, Esquire
```

```
     JUDGE:   Helen Gillmor         REPORTER:    Debra Chun

     DATE:    11/14/2013            TIME:        10:17am-10:45am
```

COURT ACTION:      EP: HEARING ON STATE'S MOTION FOR
                   FURTHER CONTINUANCE OF TRIAL
                   DATE

                   STATE OF HAWAII'S MOTION
                   MOTION FOR NOLLE PROSEQUI
                   WITHOUT PREJUDICE AS TO
                   DEFENDANT CHARLES ERIC BROUGHTON
                   (ECF No. 58)

Defendant present telephonically, not in Custody.

Oral Discussion Held.

On October 28, 2013, one day prior to the Trial Date, the State of Hawaii filed a Motion to Continue Trial. (ECF No. 48.) The request for continuance was based on the hospitalization of the Complaining Witness, Mr. Mario Ybarra.

The Court granted a one-week continuance, to allow the State to ascertain when Mr. Ybarra would be able to appear at trial. (Minutes, Oct. 29, 2013, ECF No. 52.)

At the Hearing on November 4, 2013, the State informed that Court that it has been unable to obtain information regarding Mr. Ybarra's condition or prospective availability. The State requested an open-ended continuance, pending Mr. Ybarra's availability. The Court, acknowledging the prejudicial nature of an open-ended continuance on the

Defendant, granted the State a further continuance to November 14, 2013, to ascertain the diagnosis and prognosis of Mr. Ybarra's condition and establish a Trial Date. The Court ordered the State to provide the Court with a doctor's report and a written statement regarding the desired Trial Date. (Minutes, Nov. 4, 2013, ECF No. 54.) The State has not made such a Filing.

On November 13, 2013, the State filed a MOTION FOR NOLLE PROSEQUI WITHOUT PREJUDICE AS TO DEFENDANT CHARLES ERIC BROUGHTON. (ECF No. 58.) The State seeks a dismissal without prejudice, as the State has been unable to determine when Mr. Ybarra will be able to testify. The State reserves the right to reindict the Defendant if Mr. Ybarra later agrees to appear.

Defendant objects to a dismissal without prejudice, for the same reasons raised in his Opposition to the State's Motion to Continue (ECF No. 53), filed on October 31, 2013. Defendant asserts that a dismissal without prejudice is a de facto open-ended continuance.

The Court finds that a dismissal without prejudice is not warranted. The State has been unable to obtain information, including any medical justification, from Mr. Ybarra or his wife to justify the previous continuances. The State acknowledges that Mr. Ybarra and his wife, who is also a prosecution witness, are uncooperative. Both were issued subpoenas by the State to appear at today's Hearing, but neither appeared.

A dismissal without prejudice, given the circumstances, would be unfair to the Defendant.

The State's Motion for Nolle Prosequi Without Prejudice (ECF No. 58) is **DENIED.**

The State shall file a Memorandum providing the basis for the previous continuances, the efforts taken by the prosecution to communicate with Mr. and Mrs. Ybarra to ascertain a Trial Date, and the legal ramifications of Mr. and Mrs. Ybarra's failure to cooperate. The Memorandum shall be filed by December 5, 2013.

A Hearing will be held on December 10, 2013 at 10:00 a.m. before Judge Helen Gillmor.

If the State moves for a dismissal with prejudice, the Filing Deadline and Hearing Date shall be vacated.

Submitted by Leslie L. Sai, Courtroom Manager