# MINUTE ORDER

CASE NUMBER:      CR NO. 13-00415HG

CASE NAME:        State of Hawaii Vs. Charles Eric Broughton

ATTY FOR PLA:     Elena Kaui Yamane, Deputy Prosecuting Attorney

ATTY FOR DEFT:    William A. Harrison, Esquire

---

JUDGE:   Helen Gillmor

DATE:    12/5/2013

---

On December 4, 2013, the State of Hawaii filed:

MOTION FOR NOLLE PROSEQUI WITH PREJUDICE AS TO DEFENDANT CHARLES ERIC BROUGHTON.

(ECF No. 60.)

The State's Motion is **GRANTED.** The case is **DISMISSED WITH PREJUDICE.**

Defendant's Motion to Dismiss (ECF No. 21) is **MOOT.**

All future dates are vacated. The Clerk of the Court is **ORDERED** to close the case.


Submitted by Leslie L. Sai, Courtroom Manager