ORIGINAL

Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON   # 2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii 96813
Telephone Number: 523-7041
Facsimile Number: 538-7579
E-Mail: wharrison@hamlaw.net

Attorney for Defendant
CHARLES ERIC BROUGHTON

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 12 2013
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

LODGED
DEC 10 2013  12:15
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAI'I, | Cr. No. : 13-00415 HG |
| Plaintiff, | |
| vs. | ORDER FOR RETURN OF FIREARMS HELD BY THE UNITED STATES MARSHAL SERVICE |
| CHARLES ERIC BROUGHTON, Also known as Eric Broughton, | |
| Defendant. | |

## ORDER FOR RETURN OF FIREARMS HELD BY THE UNITED STATES MARSHAL SERVICE

The above case having been dismissed with prejudice on December 5, 2013 and there are no other matters now pending before this court; THEREFORE; the court hereby ORDERS the return to Charles Eric Broughton of all personal firearms,

which consist of four handguns, a rifle and shotgun held by the United States Marshal Service. The firearms shall be mailed to Charles Eric Broughton, Area Commander, Northern California Department of Homeland Security Federal Protective Service 650 Capitol Mall # 1200, Sacramento, CA 95814, Office: (916) 498-5387, Cell: (808) 341-2790.

DATED: Honolulu, Hawaii, December 11, 2013.

HONORABLE HELEN GILLMOR
UNITED STATES JUDGE

State of Hawaii v. CHARLES ERIC BROUGHTON; Cr. No. 13- 00415HG; First Circuit Court Cr. No.: 13-1-00387; **ORDER FOR RETURN OF FIREARMS HELD BY THE UNITED STATES MARSHAL SERVICE**